UNASSIGNED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ISHAN WAHI, NIKHIL WAHI, and SAMEER RAMANI,<br><br>Defendants. | Civil Action No. 2:22-cv-1009<br><br>NOTICE OF APPEARANCE |

Pursuant to Local Rules 83.2 please enter the appearance of Peter Lallas as counsel for plaintiff Securities and Exchange Commission in the above-captioned matter.

Respectfully submitted,

  /s/ *Peter C. Lallas*
Peter C. Lallas
(Conditionally Admitted Under LR 83.1)
Securities and Exchange Commission
100 F. Street, NE
Washington, D.C. 20549
202-551-6864
lallasp@sec.gov