UNASSIGNED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ISHAN WAHI, NIKHIL WAHI, and SAMEER RAMANI,<br><br>Defendants. | Civil Action No.  2:22-cv-1009<br><br>PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF PENDING ACTION |

Pursuant to Local Rule 3(h), Plaintiff U.S. Securities and Exchange Commission ("SEC") hereby notifies the Court of the pendency of another action in the United States District Court for the Southern District of New York.  In that action, *United States v. Ishan Wahi, Nikhil Wahi, and Sameer Ramani*, Case No. 22-CR-392, defendants Ishan Wahi, Nikhil and Ramani are charged with violations of 18 U.S.C. §§ 2, 1343, and 1349 for allegedly engaging in a conspiracy to commit wire fraud.

Transfer should not be effected pursuant to 28 U.S.C. § 1407 since the other pending action is criminal and since defendants Ishan Wahi and Nikhil Wahi reside in this district.

It is possible that coordination between the actions might avoid conflicts, conserve resources and promote an efficient determination of the action.

Dated: July 21, 2022

Respectfully submitted,

By:

*/s/ Peter Lallas*
Daniel Maher
Peter Lallas
(Conditionally Admitted Under LR 83.1)
Securities and Exchange Commission
100 F Street N.E.
Washington, DC 20549
(202) 551-4737 (Maher)
(202) 551-6864 (Lallas)
maherd@sec.gov
lallasp@sec.gov