## Return of Service

**UNITED STATES DISTRICT COURT**
**Western District of Washington**

U.S. Securities and Exchange Commission
   Plaintiff

vs.

Case Number: 2:22-cv-01009-TLF

Ishan Wahi; et al.
   Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Ishan Wahi, c/o Andrew St. Laurent, at 40 Wall Street, 53rd Floor, New York NY 10005.

I, Michael Phelan, being duly sworn, depose and say that on July 28, 2022 at or about 9:15 AM I served Summons & Complaint to Samantha Buckland as paralegal for Andrew St. Laurent, Counsel of Ishan Wahi. Service occurred at Harris St. Laurent & Wechsler LLP, 40 Wall Street, New York, NY 10005.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____  7/28/2022
Michael Phelan              Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-101064
Reference: 22-ENF-116