## Return of Service

### UNITED STATES DISTRICT COURT
### Western District of Washington

U.S. Securities and Exchange Commission
   Plaintiff

Case Number: 2:22-cv-01009-TLF

vs.

Ishan Wahi; et al.
   Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Nikhil Wahi, c/o Priya Chaudhry, Esq., at 45 West 29th Street, Suite 303, New York NY 10001.

I, Michael Phelan, being duly sworn, depose and say that on August 1, 2022 at or about 1:15 PM I served Summons & Complaint to Kristen Mohr as Associate Attorney, authorized recipient for Priya Chaudhry, counsel of Nikhil Wahi. Service occurred at Chaudry Law Office PLLC, 45 West 29th Street, New York, NY 10001.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_(signed)_ Michael Phelan     8/1/2022

Michael Phelan     Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2022-101065
Reference: 22-ENF-116