Hon. Theresa L. Fricke

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ISHAN WAHI and NIKHIL WAHI,

    Defendants.

NO. 2:22-cv-01009

NOTICE OF APPEARANCE

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that Todd Maybrown and Allen, Hansen, Maybrown & Offenbecher, P.S., hereby appear as local counsel in the above-entitled cause on behalf of Defendants Ishan Wahi and Nikhil Wahi, and request that all further papers and pleadings herein, except original process, be served upon the undersigned attorney at the address below stated.

RESPECTFULLY SUBMITTED this 13th day of October, 2022.

/s/ Todd Maybrown
Todd Maybrown, WSBA #18557
Attorney for Ishan and Nikhil Wahi
Allen, Hansen, Maybrown & Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, WA 98101
206-447-9681 – Phone
206-447-0839 – Fax
todd@ahmlawyers.com

NOTICE OF APPEARANCE – 1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2022, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

DATED at Seattle, Washington this 13th day of October, 2022.

/s/ Alexandra Rosenthal

Alexandra Rosenthal, Legal Assistant
Allen, Hansen, Maybrown & Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, WA 98101
206-447-9681 – Phone
206-447-0839 – Fax
alex@ahmlawyers.com

*NOTICE OF APPEARANCE – 2*

Allen, Hansen, Maybrown & Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681