

United States District Court
Western District of Washington

| Securities and Exchange Commission | Case Number: | 22 CV 1009 |

Plaintiff(s)

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

V.

Nikhil Wahi

Defendant(s)

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, **Priya Chaudhry** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Nikhil Wahi

The particular need for my appearance and participation is:

I represent Nikhil Wahi, who is a defendant in this matter. I am admitted to the Southern and Eastern Districts of New York.

I, **Priya Chaudhry** understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **10.12.2022**      Signature of Applicant: s/ **Priya Chaudhry**

**Pro Hac Vice Attorney**

Applicant's Name: Priya Chaudhry

Law Firm Name: ChaudhryLaw PLLC

Street Address 1: 147 West 25th Street

Address Line 2: 12th Floor

City: New York    State: NY    Zip: 10001

Phone Number w/ Area Code: 212.785.5550    Bar #: 4110946    State: NY

Primary E-mail Address: priya@chaudhrylaw.com

(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)

Secondary E-mail Address: _____

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Priya Chaudhry is unable to be present upon any date assigned by the court.

Date: 10.12.2022    Signature of Local Counsel: s/ Todd Maybrown

Local Counsel's Name: Todd Maybrown

Law Firm Name: Allen, Hansen, Maybrown & Offenbecher, P.S.

Street Address 1: One Union Square

Address Line 2: 600 University Street, Suite 3020

City: Seattle    State: WA    Zip: 98101-4105

Phone Number w/ Area Code: 206.447.9681    Bar #: 18557



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27,2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed __10.12.2022__ Signature s/__Priya Chaudhry__
*(Pro Hac Vice applicant name)*