1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

SECURITIES AND EXCHANGE
COMMISSION,

10

Plaintiff(s),

11

v.

12

ISHAN WAHI et al.,

13

Defendant(s).

CASE NO.
2:22−cv−01009−TL

MINUTE ORDER REASSIGNING
CASE

14  This action has been assigned to the Honorable Tana Lin, United States

15  District Judge. All future documents filed in this case must bear the cause number

16  2:22−cv−01009−TL and bear the Judge's name in the upper right hand

17  corner of the document.

18

19  DATED October 18, 2022

20  Ravi Subramanian
    Clerk of Court

21  By: _/s/ Gayle M Riekena_
        Deputy Clerk

22

23

24

25

26