THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>  v.<br><br>ISHAN WAHI, NIKHIL WAHI, and SAMEER RAMANI,<br><br>                Defendants. | No. 2:22-cv-01009<br><br>**JOINT STIPULATED MOTION TO EXTEND THE TIME TO RESPOND AND TO EXPAND THE BRIEFING PAGE LIMITS**<br><br>**NOTE ON MOTION CALENDAR: 20th day of October, 2022.** |

JOINT STIPULATED MOTION TO EXTEND THE TIME
TO RESPOND AND TO EXPAND THE BRIEFING PAGE
LIMITS
Case No. 2:22-cv-01009

**JONES DAY**
51 Louisiana Ave, NW
Washington, D.C., 20001
Tel. 202-879-5429 • jonesday.com

Plaintiff the Securities and Exchange Commission and Defendants Ishan Wahi, and Nikhil Wahi, by and through their undersigned counsel, stipulate to an extension of time within which Defendants may respond to Plaintiff's complaint and an expansion of the briefing page limits. The Parties agree that additional time and additional pages are in the interest of judicial economy. Plaintiff's 62-page Complaint raises complex issues of fact and law implicating the scope of SEC authority over novel cryptocurrencies. The legal complexity of the claims merits additional time and the additional pages to fully brief the questions presented for the Court's consideration.

The Parties therefore respectfully stipulate as follows:

1. The Complaint in this case was filed on July 21, 2022. (Dkt. #1).

2. Based on the service date, the deadline for Defendants to respond to the Complaint under Fed. R. Civ. P. 12(a)(1) was August 22, 2022. (Dkt. #7, #8).

3. The Parties agree the Defendants may have until December 1, 2022 to file a Response to the Complaint.

4. The Parties agree the Plaintiff may have until February 1, 2023, to file a Brief in Opposition.

5. The Parties agree the Defendants may have until March 3, 2023, to file a Reply.

6. Given the novelty and complexity of the Complaint's legal and factual allegations, and pursuant to LCR 7(f), the Parties agree to expand the page limit to the following:

- Defendants' Joint Response to Complaint is expanded to 75 pages;
- Plaintiff's Brief in Opposition is expanded to 75 pages;
- Defendants' Joint Reply Brief is expanded to 25 pages.

7. Accordingly, the Parties stipulate that the requested extensions are supported by good cause and in the interest of judicial economy, in that they will allow defense counsel sufficient time to fully develop all applicable defenses to this action. The Parties respectfully ask the Court to expand the briefing page limit and adopt the following briefing schedule:

JOINT STIPULATED MOTION TO EXTEND THE TIME
TO RESPOND AND TO EXPAND THE BRIEFING PAGE
LIMITS - 1
CASE NO. 2:22-CV-01009

JONES DAY
51 Louisiana Ave, NW
Washington, D.C., 20001
Tel. 202-879-5429 • jonesday.com

| Briefing | Date | Pages |
|---|---|---|
| Defendants' Response to Complaint | December 1, 2022 | 75 pages |
| Plaintiff's Brief in Opposition | February 1, 2023 | 75 pages |
| Defendants' Reply Brief | March 3, 2023 | 25 pages |

8. The Parties have conferred on the possibility that the SEC may file an amended complaint in the coming weeks. In that event, to provide Defendants sufficient time to respond, the Parties may seek to amend these proposed dates.

9. The Parties further agree that discovery shall be stayed in this case until January 2, 2023, subject to further modification by the Court.

A proposed order is included.

DATED this 20th day of October, 2022.

**SO STIPULATED.**

Respectfully submitted,

/s/ James M. Burnham
James M. Burnham, Admitted *Pro Hac Vice*
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001-2113
Phone: 202-879-5429
Email: jburnham@jonesday.com

/s/ David I. Miller
David I. Miller, Admitted *Pro Hac Vice*
Charles J. Berk, *Pro Hac Vice* Pending
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue, 31st Floor
New York, NY 10017
Phone: 212-801-9200

JOINT STIPULATED MOTION TO EXTEND THE TIME TO RESPOND AND TO EXPAND THE BRIEFING PAGE LIMITS - 2

CASE NO. 2:22-CV-01009

JONES DAY
51 Louisiana Ave, NW
Washington, D.C., 20001
Tel. 202-879-5429 • jonesday.com

Email: david.miller@gtlaw.com
Email: berkc@gtlaw.com

/s/ Andrew St. Laurent
Andrew St. Laurent, Admitted *Pro Hac Vice*
HARRIS ST. LAURENT & WECHSLER LLP
40 Wall Street, 53rd Floor
New York, NY 10005
Phone: 646-248-6010
Email: andrew@hs-law.com

*Attorneys for Defendant Ishan Wahi*

/s/ Priya Chaudry
Priya Chaudry, *Pro Hac Vice* Pending
CHAUDRYLAW PLLC
147 West 25th Street, 12th Floor
New York, NY 10001
Phone: 212-785-5550
Email: priya@chaudrylaw.com

*Attorney for Defendant Nikhil Wahi*

/s/ Daniel J. Maher
Daniel J. Maher
Peter C. Lallas
SECURITIES AND EXCHANGE
COMMISSION
100 F. Street NE
Washington, DC 20549-9612
Phone: 202-551-4737 (Maher)
Email: maherd@sec.gov
Email: lallasp@sec.gov

*Attorneys for Plaintiff*

/s/ Todd Maybrown
Todd Maybrown
ALLEN HANSEN MAYBROWN &
OFFENBECHER, PS
600 University Street, Suite 3020
Seattle, WA 98101
Phone: 206-447-9681
Email: todd@ahmlawyers.com

*Local Counsel for Defendants Ishan Wahi and Nikhil Wahi*

---

JOINT STIPULATED MOTION TO EXTEND THE TIME
TO RESPOND AND TO EXPAND THE BRIEFING PAGE
LIMITS - 3
CASE NO. 2:22-CV-01009

**JONES DAY**
51 Louisiana Ave, NW
Washington, D.C., 20001
Tel. 202-879-5429 • jonesday.com