THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

ISHAN WAHI, NIKHIL WAHI, and SAMEER RAMANI,

    Defendants.

No. 2:22-cv-01009

**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATED MOTION TO EXTEND THE TIME TO RESPOND AND TO EXPAND THE BRIEFING PAGE LIMITS**

---

[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATED MOTION TO EXTEND THE TIME TO RESPOND AND TO EXPAND THE BRIEFING PAGE LIMITS

CASE NO. 2:22-cv-01009

**JONES DAY**
51 Louisiana Ave, NW
Washington, D.C., 20001
Tel. 202-879-5429 • jonesday.com

**[PROPOSED] ORDER**

This matter is before the Court on the Parties' Joint Stipulated Motion for Extension of Time to Respond and to Expand the Briefing Page Limits. The Court, having reviewed the motion and being otherwise sufficiently advised orders as follows:

IT IS HEREBY ORDERED that the Parties' Joint Stipulated Motion to Extend the Time to Respond is GRANTED. Accordingly, Defendants' Response to the Complaint shall be filed on or before December 1, 2022. Plaintiff's Brief in Opposition shall be filed on or before February 1, 2023. And Defendants' Reply Brief shall be filed on or before March 3, 2023.

IT IS FURTHER ORDERED that the Parties' Joint Stipulated Motion to Expand the Briefing Page Limits is GRANTED. Accordingly, Defendants' Response to the Complaint and Plaintiff's Brief in Opposition are expanded to 75 pages each. Defendants' Reply Brief is expanded to 25 pages.

Discovery is stayed until January 2, 2023 unless otherwise ordered by the Court.

DATED this ___ day of October, 2022.

It is SO ORDERED.

_____
Tana Lin
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATED MOTION TO EXTEND THE TIME TO RESPOND AND TO EXPAND THE BRIEFING PAGE LIMITS - 1
CASE NO. 2:22-cv-01009

JONES DAY
51 Louisiana Ave, NW
Washington, D.C., 20001
Tel. 202-879-5429 • jonesday.com

Presented by:

/s/ James M. Burnham
James M. Burnham, Admitted *Pro Hac Vice*
JONES DAY
51 Louisiana Avenue NW
Washington, DC 20001-2113
Phone: 202-879-5429
Email: jburnham@jonesday.com

/s/ David I. Miller
David I. Miller, Admitted *Pro Hac Vice*
Charles J. Berk, *Pro Hac Vice* Pending
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue, 31st Floor
New York, NY 10017
Phone: 212-801-9200
Email: david.miller@gtlaw.com
Email: berkc@gtlaw.com

/s/ Andrew St. Laurent
Andrew St. Laurent, Admitted *Pro Hac Vice*
HARRIS ST. LAURENT & WECHSLER LLP
40 Wall Street, 53rd Floor
New York, NY 10005
Phone: 646-248-6010
Email: andrew@hs-law.com

*Attorneys for Defendant Ishan Wahi*

/s/ Priya Chaudry
Priya Chaudry, *Pro Hac Vice* Pending
CHAUDRYLAW PLLC
147 West 25th Street, 12th Floor
New York, NY 10001
Phone: 212-785-5550
Email: priya@chaudrylaw.com

*Attorney for Defendant Nikhil Wahi*

/s/ Daniel J. Maher
Daniel J. Maher
Peter C. Lallas
SECURITIES AND EXCHANGE
COMMISSION
100 F. Street NE
Washington, DC 20549-9612

[PROPOSED] ORDER GRANTING THE PARTIES' JOINT
STIPULATED MOTION TO EXTEND THE TIME TO
RESPOND AND TO EXPAND THE BRIEFING PAGE
LIMITS - 2
CASE NO. 2:22-cv-01009

JONES DAY
51 Louisiana Ave, NW
Washington, D.C., 20001
Tel. 202-879-5429 • jonesday.com

Phone: 202-551-4737 (Maher)
Email: maherd@sec.gov
Email: lallasp@sec.gov

*Attorneys for Plaintiff*

/s/ Todd Maybrown
Todd Maybrown
ALLEN HANSEN MAYBROWN & OFFENBECHER, PS
600 University Street, Suite 3020
Seattle, WA 98101
Phone: 206-447-9681
Email: todd@ahmlawyers.com

*Local Counsel for Defendants Ishan Wahi and Nikhil Wahi*

[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATED MOTION TO EXTEND THE TIME TO RESPOND AND TO EXPAND THE BRIEFING PAGE LIMITS - 3
CASE NO. 2:22-cv-01009

**JONES DAY**
51 Louisiana Ave, NW
Washington, D.C., 20001
Tel. 202-879-5429 • jonesday.com