UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff(s),<br><br>v.<br><br>ISHAN WAHI et al.,<br><br>Defendant(s). | CASE NO. 2:22−cv−01009−TL<br><br>STANDING ORDER REGARDING 28 U.S.C. § 455 AND CANON 3 OF THE CODE OF CONDUCT FOR UNITED STATES JUDGES |

The Court issues this Standing Order for purposes of compliance with 28 U.S.C. § 455 and Canon 3 of the Code of Conduct for United States Judges. 28 U.S.C. § 455(b) and Canon 3 both require disqualification of a judge where "...a lawyer with whom the judge previously practiced law served during such association as a lawyer concerning the matter or ... has been a material witness."

Out of an abundance of caution, the Court directs the parties to notify it if any laywer at Keller Rohrback L.L.P. (including lawyers who subsequently departed the firm) served as a lawyer concerning either the above−captioned matter or any materially related matter at any time between August 2004 and November 2021. If no Keller Rohrback lawyer has served as counsel in this case or any materially related matter during the relevant time period, no response to this Standing Order is required.

If notice is required pursuant to this Standing Order, it shall be submitted to Kadya Peter at kadya_peter@wawd.uscourts.gov within seven days of receipt of this Order. However, any defendant in a qui tam case may submit its notification within

fourteen days of the later of (1) its appearance in the case; (2) the date that the operative complaint is unsealed; or (3) receipt of this Standing Order. Any required notifications may also be filed with this Court under seal using the CM/ECF system.

In newly filed or sealed cases, plaintiff's counsel (or plaintiff, if pro se) is directed to serve copies of this Order on any parties who appear after this Order is filed. Such service shall be accomplished within ten (10) days after each appearance.

If this case was assigned to this Court after being removed from state court, the Defendant(s) who removed the case must serve this Order on all other parties.

DATED: The 20th of October 2022

_____
Tana Lin
United States District Judge