THE HONORABLE TANA LIN

1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

9

10   SECURITIES AND EXCHANGE
COMMISSION,
11
                              Plaintiff,
12
        v.
13
ISHAN WAHI, NIKHIL WAHI, and
14   SAMEER RAMANI,

15                            Defendants.

16

17

18

No. 2:22-cv-01009

**[PROPOSED] ORDER GRANTING
THE PARTIES' JOINT STIPULATED
NOTICE TO EXTEND THE TIME TO
RESPOND**

**NOTE ON MOTION CALENDAR:
NOVEMBER 23, 2022**

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING THE PARTIES' JOINT
STIPULATED NOTICE TO EXTEND THE TIME TO
RESPOND
CASE No. 2:22-cv-01009

SEC
100 F Street NE
Washington, D.C., 20549
Tel. 202-551-4737 • sec.gov

**[PROPOSED] ORDER**

This matter is before the Court on the Parties' Joint Stipulated Motion to Extend the Time to Respond. The Court, having reviewed the motion and being otherwise sufficiently advised orders as follows:

IT IS HEREBY ORDERED that the Parties' Joint Stipulated Motion to Extend the Time to Respond is GRANTED.  Accordingly, Defendants' Response to the forthcoming Amended Complaint shall be filed on or before February 6, 2023. Plaintiff's Brief in Opposition shall be filed on or before April 6, 2023. And Defendants' Reply Brief shall be filed on or before May 8, 2023.

Discovery is stayed until February 6, 2023 unless otherwise ordered by the Court.

DATED this ___ day of November, 2022.


It is SO ORDERED.



_____
Tana Lin
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING THE PARTIES' JOINT
STIPULATED NOTICE TO EXTEND THE TIME TO
RESPOND - 1
CASE NO. 2:22-CV-01009

SEC
100 F Street NE
Washington, D.C., 20549
Tel. 202-551-4737 • sec.gov

1    Presented by:

2

3    /s/ James M. Burnham
     James M. Burnham, Admitted *Pro Hac Vice*

4    JONES DAY
     51 Louisiana Avenue NW

5    Washington, DC 20001-2113
     Phone: 202-879-5429

6    Email: jburnham@jonesday.com

7    /s/ David I. Miller

8    David I. Miller, Admitted *Pro Hac Vice*
     Charles J. Berk, *Pro Hac Vice* Pending

9    GREENBERG TRAURIG, LLP
     One Vanderbilt Avenue, 31st Floor

10   New York, NY 10017
     Phone: 212-801-9200

11   Email: david.miller@gtlaw.com
     Email: berkc@gtlaw.com

12

13   /s/ Andrew St. Laurent
     Andrew St. Laurent, Admitted *Pro Hac Vice*

14   HARRIS ST. LAURENT & WECHSLER LLP
     40 Wall Street, 53rd Floor

15   New York, NY 10005
     Phone: 646-248-6010

16   Email: andrew@hs-law.com

17   *Attorneys for Defendant Ishan Wahi*

18

19   /s/ Priya Chaudry
     Priya Chaudry, *Pro Hac Vice* Pending

20   CHAUDRYLAW PLLC
     147 West 25th Street, 12th Floor

21   New York, NY 10001
     Phone: 212-785-5550

22   Email: priya@chaudrylaw.com

23   *Attorney for Defendant Nikhil Wahi*

24   /s/ Daniel J. Maher

25   Daniel J. Maher
     Peter C. Lallas

26   SECURITIES AND EXCHANGE
     COMMISSION

27

[PROPOSED] ORDER GRANTING THE PARTIES' JOINT
STIPULATED NOTICE TO EXTEND THE TIME TO
RESPOND - 2
CASE NO. 2:22-cv-01009

1   100 F. Street NE
    Washington, DC 20549-9612
2   Phone: 202-551-4737 (Maher)
    Email: maherd@sec.gov
3   Email: lallasp@sec.gov

4   *Attorneys for Plaintiff*

5   /s/ Todd Maybrown
    Todd Maybrown
6   ALLEN HANSEN MAYBROWN &
7   OFFENBECHER, PS
    600 University Street, Suite 3020
8   Seattle, WA 98101
    Phone: 206-447-9681
9   Email: todd@ahmlawyers.com

10  *Local Counsel for Defendants Ishan Wahi and Nikhil Wahi*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING THE PARTIES' JOINT
STIPULATED NOTICE TO EXTEND THE TIME TO
RESPOND - 3
CASE NO. 2:22-cv-01009