# Exhibit 3

 

## Extraction Report - Apple iOS Full File system

### Participants

  15127171238@s.whatsapp.net
Nikhil Wahi (owner)

  919920625464@s.whatsapp.net
Sameer

### Conversation - Instant Messages (39)

> From: System Message System Message
>
> Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more
>
> **Platform:** Mobile
>
> 5/3/2021 4:17:24 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x3DD8CD4 (Table: ZWAMESSAGE; Size: 92229632 bytes)

> From: 919920625464@s.whatsapp.net Sameer
>
> Hey bud
>
> **Status:** Read
> **Platform:** Mobile
>
> 5/3/2021 4:17:24 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x3DD8D61 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

> From: 919920625464@s.whatsapp.net Sameer
>
> Wanted to check with you about the coinbase listing
>
> **Status:** Read
> **Platform:** Mobile
>
> 5/3/2021 4:17:35 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x3DD8AA9 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

> **From:** 919920625464@s.whatsapp.net Sameer
>
> How'd you go about buying the previous token the last time
>
> **Status:** Read
> **Platform:** Mobile
>
> 5/3/2021 4:17:48 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x3DD89F1 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

> **From:** 919920625464@s.whatsapp.net Sameer
>
> I tried buying it but I couldn't get my hands on any
>
> **Status:** Read
> **Platform:** Mobile
>
> 5/3/2021 4:18:06 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x3DD893E (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

> **From:** 15127171238@s.whatsapp.net Nikhil Wahi (owner)
> **To:** 919920625464@s.whatsapp.net Sameer
>
> Hey man, I just bought it on the pro app
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 919920625464@s.whatsapp.net Sameer | 5/6/2021 12:32:06 AM(UTC+0) | 5/8/2021 4:11:11 PM(UTC+0) | |
>
> **Status:** Read
> **Platform:** Web
>
> 5/6/2021 12:31:59 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x3E083AE (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x302D (Size: 15481 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

**From:** 15127171238@s.whatsapp.net Nikhil Wahi (owner)
**To:** 919920625464@s.whatsapp.net Sameer

My order failed 3-4 times, so I had to retry

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919920625464@s.whatsapp.net Sameer | 5/6/2021 12:32:20 AM(UTC+0) | 5/8/2021 4:11:11 PM(UTC+0) | |

**Status:** Read
**Platform:** Web

5/6/2021 12:32:15 AM(UTC+0)

Source Extraction: Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x3E0CD51 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x302D (Size: 15481 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

**From:** 919920625464@s.whatsapp.net Sameer

But you put limit orders right?

**Status:** Read
**Platform:** Mobile

5/8/2021 4:11:28 PM(UTC+0)

Source Extraction: Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x3E633B6 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

**From:** 15127171238@s.whatsapp.net Nikhil Wahi (owner)
**To:** 919920625464@s.whatsapp.net Sameer

Yeah

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919920625464@s.whatsapp.net Sameer | 5/8/2021 4:11:40 PM(UTC+0) | 5/8/2021 4:11:40 PM(UTC+0) | |

**Status:** Read
**Platform:** Mobile

5/8/2021 4:11:39 PM(UTC+0)

Source Extraction: Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x3E68FB5 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x302D (Size: 15481 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

**From:** 919920625464@s.whatsapp.net Sameer

And did it match? Or you had to keep changing it?

**Status:** Read
**Platform:** Mobile

5/8/2021 4:11:48 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x3E68177 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

**From:** 15127171238@s.whatsapp.net Nikhil Wahi (owner)
**To:** 919920625464@s.whatsapp.net Sameer

Nah I had to keep changing it, don't think there was enough volume

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919920625464@s.whatsapp.net Sameer | 5/8/2021 4:12:22 PM(UTC+0) | 5/8/2021 4:15:19 PM(UTC+0) | |

**Status:** Read
**Platform:** Mobile

5/8/2021 4:12:19 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x3E68E46 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-4EC0-92C3-C745917EAE64/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x302D (Size: 15481 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

**From:** 15127171238@s.whatsapp.net Nikhil Wahi (owner)
**To:** 919920625464@s.whatsapp.net Sameer

I checked the order book before placing my order but no luck

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919920625464@s.whatsapp.net Sameer | 5/8/2021 4:12:57 PM(UTC+0) | 5/8/2021 4:15:19 PM(UTC+0) | |

**Status:** Read
**Platform:** Mobile

5/8/2021 4:12:55 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x3E680BB (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x302D (Size: 15481 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

> **From:** 919920625464@s.whatsapp.net Sameer
>
> Gotcha
>
> **Status:** Read
> **Platform:** Mobile
>
> 5/8/2021 4:15:40 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x3E68D07 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

> **From:** 919920625464@s.whatsapp.net Sameer
>
> Will be in touch with you
>
> **Status:** Read
> **Platform:** Mobile
>
> 5/8/2021 4:16:03 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x3E68C73 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

> **From:** 919920625464@s.whatsapp.net Sameer
>
> Yo! We're almost ready
>
> **Status:** Read
> **Platform:** Mobile
>
> 10/6/2021 11:50:33 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x49DD8F7 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

> **From:** 15127171238@s.whatsapp.net Nikhil Wahi (owner)
> **To:** 919920625464@s.whatsapp.net Sameer
>
> Are you going to the trudys in burnet?
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 919920625464@s.whatsapp.net Sameer | 10/7/2021 12:22:16 AM(UTC+0) | 10/7/2021 12:24:31 AM(UTC+0) | |
>
> **Status:** Read
> **Platform:** Mobile
>
> 10/7/2021 12:22:14 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x49DD429 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x302D (Size: 15481 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

> **From:** 919920625464@s.whatsapp.net Sameer
>
> Yes yes
>
> **Status:** Read
> **Platform:** Mobile
>
> 10/7/2021 12:24:34 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x49DD3A5 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

> **From:** 919920625464@s.whatsapp.net Sameer
>
> I've left, about 15 mins out
>
> **Status:** Read
> **Platform:** Mobile
>
> 10/7/2021 12:35:26 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x49DD30C (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

> **From:** 919920625464@s.whatsapp.net Sameer
>
> yo call when up
>
> **Status:** Read
> **Platform:** Web
>
> 2/10/2022 3:52:25 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x5383BE5 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

> **From:** 15127171238@s.whatsapp.net Nikhil Wahi (owner)
> **To:** 919920625464@s.whatsapp.net Sameer
>
> Yo, are you going to be free today after 6pm ish PT?
>
> | Participant | Delivered | Read | Played |
> |---|---|---|---|
> | 919920625464@s.whatsapp.net Sameer | 2/12/2022 9:43:52 PM(UTC+0) | 2/12/2022 10:51:33 PM(UTC+0) | |
>
> **Status:** Read
> **Platform:** Mobile
>
> 2/12/2022 9:43:51 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x5396D3C (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x302D (Size: 15481 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

> **From:** 919920625464@s.whatsapp.net Sameer
>
> Yo ima be on my screen at 2 pm IST, anytime after that is good
>
> **Status:** Read
> **Platform:** Mobile
>
> 2/12/2022 10:52:20 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x5396C81 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

From: 15127171238@s.whatsapp.net Nikhil Wahi (owner)
To: 919920625464@s.whatsapp.net Sameer

Yeah that should be good with me I think. It'll be a little late, so I'll text you closer to 2?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919920625464@s.whatsapp.net Sameer | 2/12/2022 10:53:18 PM(UTC+0) | 2/12/2022 10:53:44 PM(UTC+0) | |

**Status:** Read
**Platform:** Mobile

2/12/2022 10:53:15 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x5396B9D (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x302D (Size: 15481 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

From: 919920625464@s.whatsapp.net Sameer

Yea if not, I'll be up till late in india, so when you wake up is fine too

**Status:** Read
**Platform:** Mobile

2/12/2022 10:54:07 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x5396AD3 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

From: 919920625464@s.whatsapp.net Sameer

So at least till 2 am IST is good too, whatever is more convenient for you

**Status:** Read
**Platform:** Mobile

2/12/2022 10:54:45 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x5396A0C (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

From: 15127171238@s.whatsapp.net Nikhil Wahi (owner)
To: 919920625464@s.whatsapp.net Sameer

Hey man, I'm crashing a little early tonight. But I'll be up at 8 my time

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919920625464@s.whatsapp.net Sameer | 2/13/2022 8:02:41 AM(UTC+0) | 2/13/2022 7:16:13 PM(UTC+0) | |

**Status:** Read
**Platform:** Mobile

2/13/2022 8:02:38 AM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x5302AD0 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x302D (Size: 15481 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

From: 15127171238@s.whatsapp.net Nikhil Wahi (owner)
To: 919920625464@s.whatsapp.net Sameer

Yo are you free now?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919920625464@s.whatsapp.net Sameer | 2/13/2022 6:37:12 PM(UTC+0) | 2/13/2022 7:16:14 PM(UTC+0) | |

**Status:** Read
**Platform:** Mobile

2/13/2022 6:37:08 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x5302209 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x302D (Size: 15481 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

From: 919920625464@s.whatsapp.net Sameer

Yup

**Status:** Read
**Platform:** Mobile

2/13/2022 7:16:17 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x53026F2 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

**From:** 919920625464@s.whatsapp.net Sameer

Call you in 10 mins

**Status:** Read
**Platform:** Mobile

2/13/2022 7:16:29 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x5302772 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

**From:** 15127171238@s.whatsapp.net Nikhil Wahi (owner)
**To:** 919920625464@s.whatsapp.net Sameer

Sounds good!

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| 919920625464@s.whatsapp.net Sameer | 2/13/2022 7:19:27 PM(UTC+0) | 2/13/2022 7:35:28 PM(UTC+0) | |

**Status:** Read
**Platform:** Mobile

2/13/2022 7:19:26 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x5302667 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x302D (Size: 15481 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

**From:** System Message System Message

Missed Voice Call

**Platform:** Mobile

2/13/2022 7:36:37 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x53025D4 (Table: ZWAMESSAGE; Size: 92229632 bytes)

**From:** 15127171238@s.whatsapp.net Nikhil Wahi (owner)
**To:** 919920625464@s.whatsapp.net Sameer

0xe02a168d30A4A30Cd95AD709323664d7890e1F43

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919920625464@s.whatsapp.net Sameer | 2/13/2022 7:40:26 PM(UTC+0) | 2/13/2022 7:41:09 PM(UTC+0) | |

**Status:** Read
**Platform:** Web

2/13/2022 7:40:25 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x5302356 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x302D (Size: 15481 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

**From:** 919920625464@s.whatsapp.net Sameer

Leme know once in

**Status:** Read
**Platform:** Mobile

2/13/2022 7:51:04 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x5302548 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

**From:** 15127171238@s.whatsapp.net Nikhil Wahi (owner)
**To:** 919920625464@s.whatsapp.net Sameer

Got it, thanks!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919920625464@s.whatsapp.net Sameer | 2/13/2022 7:51:19 PM(UTC+0) | 2/13/2022 7:51:47 PM(UTC+0) | |

**Status:** Read
**Platform:** Mobile

2/13/2022 7:51:18 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x53024B9 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x302D (Size: 15481 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

**From:** 919920625464@s.whatsapp.net Sameer

Ok there's some balance eth too, same or somewhere else?

**Status:** Read
**Platform:** Mobile

2/13/2022 7:52:03 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x530229E (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

**From:** 15127171238@s.whatsapp.net Nikhil Wahi (owner)
**To:** 919920625464@s.whatsapp.net Sameer

Same place is good

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919920625464@s.whatsapp.net Sameer | 2/13/2022 7:52:22 PM(UTC+0) | 2/13/2022 7:52:22 PM(UTC+0) | |

**Status:** Read
**Platform:** Mobile

2/13/2022 7:52:21 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x531AFA7 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x302D (Size: 15481 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

**From:** 919920625464@s.whatsapp.net Sameer

Ok sent that too

**Status:** Read
**Platform:** Mobile

2/13/2022 7:53:20 PM(UTC+0)

Source Extraction:
Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x531AF1A (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

**From:** 15127171238@s.whatsapp.net Nikhil Wahi (owner)
**To:** 919920625464@s.whatsapp.net Sameer

Perfect got that as well

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919920625464@s.whatsapp.net Sameer | 2/13/2022 8:05:24 PM(UTC+0) | 2/13/2022 8:05:39 PM(UTC+0) | |

**Status:** Read
**Platform:** Mobile

2/13/2022 8:05:21 PM(UTC+0)

Source Extraction: Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x531AE82 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x302D (Size: 15481 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

**From:** 15127171238@s.whatsapp.net Nikhil Wahi (owner)
**To:** 919920625464@s.whatsapp.net Sameer

Thanks a lot bro

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 919920625464@s.whatsapp.net Sameer | 2/13/2022 8:05:26 PM(UTC+0) | 2/13/2022 8:05:39 PM(UTC+0) | |

**Status:** Read
**Platform:** Mobile

2/13/2022 8:05:24 PM(UTC+0)

Source Extraction: Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x531ADF1 (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/Library/Preferences/group.net.whatsapp.WhatsApp.shared.plist : 0x302D (Size: 15481 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)

**From:** 919920625464@s.whatsapp.net Sameer

Not a problem at all buddy

**Status:** Read
**Platform:** Mobile

2/13/2022 8:05:45 PM(UTC+0)

Source Extraction: Legacy
Source Info:
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ChatStorage.sqlite : 0x531AD5A (Table: ZWAMESSAGE, ZWAPROFILEPUSHNAME; Size: 92229632 bytes)
00008101-00092D161139003A_files_partial-afu.zip/private/var/mobile/Containers/Shared/AppGroup/B772DEC7-943A-4EC0-92C3-C745917EAE64/ContactsV2.sqlite : 0x21BD2 (Table: ZWAADDRESSBOOKCONTACT; Size: 196608 bytes)