# Exhibit 6



# Global Investigations

| | |
|---|---|
| Law Enforcement Officer: | Kim, Paul |
| Law Enforcement Agency: | Securities and Exchange Commission |
| Requested On: | Mon, 13 Jun 2022 19:23:41 |
| Evidence Gathered On: | Wed, 15 Jun 2022 13:29:36 |
| Law Enforcement Reference: | SH Req. Id:PP_SH_29473 LE Ref. Id:HO-14501 |

All times indicated in this document refer to time zone GMT

| Registration Information | |
|---|---|
| *User Info* | |
| First Name | sameer |
| Middle Name | |
| Last Name | ramani |
| DOB | |
| CC Statement Name | SAMYRAMANI |
| Email | samyramani@gmail.com |
| *Business Info* | |
| Business Name | |
| URL | |
| Customer Service Phone | |
| *Account Info* | |
| Account Status | Open |
| Account # | 1281949406483323507 |
| Account Type | Premier - Unregistered - IN Verified |
| Time Created | Sun, 14 Apr 2019 19:42:20 |
| *SSN* | |
| SSN | |
| TIN | |

| Email Addresses | | | |
|---|---|---|---|
| Email Address | Primary | Confirmed | Active |
| samyramani@gmail.com | TRUE | FALSE | FALSE |

| Aliases | | | |
|---|---|---|---|
| Name | Login Alias | Privileges | Active |

| Phone Numbers | | |
|---|---|---|
| Phone Number | Confirmation Status | Type |
| +91 9920625464 | Unconfirmed | Home |

| Addresses | | |
|---|---|---|
| Address | Use | Date Entered |
| sameer ramani, 1002 sahana enclave 21st road, mumbai, MH, IN 400050 | | 04/14/19 |
| rushabh desai, 2409 Town Lake Cir Apt 233, Austin, TX, US 78741-3066 | Gift (Hidden) | 04/14/19 |
| sameer ramani, 1002 sahana enclave 21st road, mumbai, MH, IN 400050 | Home Or Work | 04/14/19 |
| sameer ramani, 1002 sahana enclave 21st road, mumbai, MH, IN 400050 | Third Party Added | 04/14/19 |

| Financial Information | |
|---|---|
| *Summary* | |
| Account Balance | USD 0.00 (Primary) |
| Total Amount Sent | USD 0.00 (Primary) |
| Total Amount Received | USD 0.00 |
| Amount Received Current Month | |
| Amount Received Month 1 | USD 0.00 |
| Amount Received Month 2 | USD 0.00 |
| Amount Received Month 3 | USD 0.00 |
| Pending Balance to be Released | |
| Minimum Reserve Balance | $0.00 USD* (0 % - $0.00 USD) |
| Rolling Reserve Balance | $0.00 USD* (0 % - 0 days) |
| *Secure Card Attributes* | |
| Billing Address | |
| Secure Card Numbers | |
| Backup Funding Source | |
| Daily Spending Limit | |
| *PayPal Credit* | |
| PP Credit Account Number | |
| Expiration Date | |
| Account Status | |
| Funding Source Availability | |
| Authorized Users | |

## Bank Accounts

| Credit Cards | | | | |
|---|---|---|---|---|
| Account # | Status | Name | Start Date | Expiration Date |
| 4617970100584714 | INACTIVE-Expired | sameer ramani | 14-Apr-19 | 03/2022 |
| Type | Issuer | Confirmed | Issue # | Currency |
| VISA CREDIT INFINITE | | Unconfirmed: 3rd Party - | | INR |

|   |   | Secure Code |   |   |   |
|---|---|---|---|---|---|

| Debit Cards |
|---|

| Restrictions | | | |
|---|---|---|---|
| Restriction | Time Restricted | Time Lifted | Attack Case ID |

| VBAN Accounts |
|---|

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

| CONFIDENTIALITY NOTICE |
|---|
| This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. |
| DISCLAIMER |
| In December 2019, PayPal, Inc. acquired a controlling interest of Guofubao Information Technology Co., Ltd. (GoPay), a People's Republic of China ("PRC" ) payment platform, and PayPal is now the first foreign payments platform licensed to provide online payment services in the PRC.<br><br>A gradual migration of PRC account information, to the GoPay platform, began in July 2020. Requests for current PRC account data that reside on the GoPay platform must be requested from GoPay directly. Under the laws of PRC, GoPay may not provide cross-border information to non-PRC authorities unless they go through the Mutual Legal Assistance Treaty (MLAT) process. PayPal encourages requestors to consult with their legal counsel regarding PRC's International Criminal Judicial Assistance Law (ICJAL) and MLAT processes.<br><br>If the data you have requested includes PayPal legacy account information prior to the migration of the data to GoPay, PayPal, Inc. no longer has access to all of the account information native to GoPay. The information PayPal can provide on PRC accounts is limited to the following: Legal business name, business email address, business phone number, legal trading name, and merchant industry. Please note that any subsequent change to business information will not be reflected and so some information may be out-of-date. |



# Global Investigations

| | |
|---|---|
| Law Enforcement Officer: | Kim, Paul |
| Law Enforcement Agency: | Securities and Exchange Commission |
| Requested On: | Mon, 13 Jun 2022 19:23:41 |
| Evidence Gathered On: | Wed, 15 Jun 2022 13:31:26 |
| Law Enforcement Reference: | SH Req. Id:PP_SH_29473 LE Ref. Id:HO-14501 |

All times indicated in this document refer to time zone GMT

| Registration Information | |
|---|---|
| *User Info* | |
| First Name | sameer |
| Middle Name | |
| Last Name | Ramani |
| DOB | |
| CC Statement Name | SAMYRAMANI |
| Email | samyramani@gmail.com |
| *Business Info* | |
| Business Name | |
| URL | |
| Customer Service Phone | |
| *Account Info* | |
| Account Status | Limited - High |
| Account # | 1775991629669428607 |
| Account Type | Personal - Unregistered - Unverified |
| Time Created | Tue, 09 Jul 2019 19:16:30 |
| *SSN* | |
| SSN | |
| TIN | |

| Email Addresses | | | |
|---|---|---|---|
| Email Address | Primary | Confirmed | Active |
| samyramani@gmail.com | TRUE | FALSE | FALSE |

| Aliases | | | |
|---|---|---|---|
| Name | Login Alias | Privileges | Active |

| Phone Numbers | | |
|---|---|---|
| Phone Number | Confirmation Status | Type |
| +1 6503051731 | Unconfirmed | Home |

| +1 5129700816 | Unconfirmed | Home |

## Addresses

| Address | Use | Date Entered |
|---|---|---|
| sameer Ramani, 11200 Richmond ave , houston, TX, US 77082 | | 07/09/19 |
| mercure hotel and residenz checkpoint charlie, Schützenstraße 11, mitte guest Akaash Pathare moorjani, Berlin, , DE 10117 | Gift (Hidden) | 07/09/19 |
| sameer Ramani, 11200 Richmond ave , houston, TX, US 77082 | Third Party Added | 07/09/19 |
| sameer Ramani, 11200 richmond avenue st 180, houston, TX, US 77082 | | 07/10/19 |
| sameer Ramani, 11200 richmond avenue st 180, houston, TX, US 77082 | Home Or Work | 07/10/19 |
| sameer Ramani, 11200 Richmond Avenue Apt 180, Houston, TX, US 77082 | | 07/15/19 |
| rushabh desai, 2409 Town Lake Cir Apt 233, Austin, TX, US 78741-3066 | Gift (Hidden) | 07/15/19 |
| sameer Ramani, 11200 Richmond Avenue Apt 180, Houston, TX, US 77082 | Home Or Work | 07/15/19 |
| Aneesha Bulchandani, 116 Madison St Apt 2, Hoboken, NJ, US 07030-7863 | Gift (Hidden) | 08/22/19 |

## Financial Information

### Summary

| | |
|---|---|
| Account Balance | USD 0.00 (Primary) |
| Total Amount Sent | USD 23.98 (Primary) |
| Total Amount Received | USD 0.00 |
| Amount Received Current Month | |
| Amount Received Month 1 | USD 0.00 |
| Amount Received Month 2 | USD 0.00 |
| Amount Received Month 3 | USD 0.00 |
| Pending Balance to be Released | |
| Minimum Reserve Balance | $0.00 USD* (0 % - $0.00 USD) |
| Rolling Reserve Balance | $0.00 USD* (0 % - 0 days) |

### Secure Card Attributes

| | |
|---|---|
| Billing Address | |
| Secure Card Numbers | |
| Backup Funding Source | |
| Daily Spending Limit | |

### PayPal Credit

| | |
|---|---|
| PP Credit Account Number | |
| Expiration Date | |

| Account Status | |
|---|---|
| Funding Source Availability | |
| Authorized Users | |

| Bank Accounts | | | | |
|---|---|---|---|---|

| Credit Cards | | | | |
|---|---|---|---|---|
| Account # | Status | Name | Start Date | Expiration Date |
| 4465400366977538 | ON_HOLD | sameer Ramani | 09-Jul-19 | 05/2023 |
| Type | Issuer | Confirmed | Issue # | Currency |
| VISA CREDIT CONSUMER | Wells Fargo Bank, National Association | Unconfirmed: PayPal Code | | USD |

| Debit Cards | | | | |
|---|---|---|---|---|

| Restrictions | | | |
|---|---|---|---|
| Restriction | Time Restricted | Time Lifted | Attack Case ID |
| CRS - Probable Unauthorized CC Use | 2019-08-22T20:25:35Z | | |

| VBAN Accounts |
|---|

This document is sent electronically and does not require any signature.

The information in this document has been processed based on the request from the Law Enforcement Officer named above.

| CONFIDENTIALITY NOTICE |
|---|
| This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication. |
| DISCLAIMER |
| In December 2019, PayPal, Inc. acquired a controlling interest of Guofubao Information Technology Co., Ltd. (GoPay), a People's Republic of China ("PRC") payment platform, and PayPal is now the first foreign payments platform licensed to provide online payment services in the PRC.<br><br>A gradual migration of PRC account information, to the GoPay platform, began in July 2020. Requests for current PRC account data that reside on the GoPay platform must be requested from GoPay directly. Under the laws of PRC, GoPay may not provide cross-border information to non-PRC authorities unless they go through   the Mutual Legal Assistance Treaty (MLAT) process. PayPal encourages requestors to consult with their legal counsel regarding PRC's International Criminal Judicial Assistance Law (ICJAL) and MLAT processes. |

> If the data you have requested includes PayPal legacy account information prior to the migration of the data to GoPay, PayPal, Inc. no longer has access to all of the account information native to GoPay. The information PayPal can provide on PRC accounts is limited to the following: Legal business name, business email address, business phone number, legal trading name, and merchant industry. Please note that any subsequent change to business information will not be reflected and so some information may be out-of-date.

| User Basic Information(id: 25172677  email: samyramani@gmail.com time: 2016-06-13 12:36:25 - 2022-06-13 12:36:25) |||||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basic Information |||||||||||||||
| User ID | Email | Mobile | Registration time | Name | User nationality | User ID number | User authentication type | User authentication time | Status | 2FA | 2FA Opening time | SMS | SMS Opening time | 2FA Reset Information |
| 25172677 | samyramani@gmail.com | | 2018-01-24 20:19:05 | SAMEER RAMANI | | MH0220080000427 | Personal | 2018-02-23 12:24:23 | Disabled | Enable | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| API Information |||||||||||||||
| Rule ID | API Name | Trade IP | Withdraw IP | Create Time | Update Time | | | | | | | | | |

USER ATTRIBUTES ***
USER ID      5239332344edc129a4000085
NAME         Sameer Ramani
EMAIL        samyramani@gmail.com
CREATED      September, 17 2013 09:59pm PDT

IDENTITY ***
FIRST NAME   SAMEER
LAST NAME    RAMANI
SSN          147909006
ADDRESS1     817 southmore avenue
ADDRESS2     suite 301
CITY         Pasadena
STATE        TX
ZIP          77502
COUNTRY      United States of America
BIRTHDATE    7/13/1989

JUMIO PROFILES ***

| DATE | TYPE | ID NUMBER | STATUS | NAME | DOB | ADDRESS | UNIT NUMBE | CITY | STATE |
|---|---|---|---|---|---|---|---|---|---|
| 2017-10-20T | Driver's Licer | 26275456 | completed | Sameer Ram | 7/13/1989 | | | | TX |
| 2017-10-20T | Passport | | failed | | | | | | |

PERSONAL DETAILS ***
DOB          7/13/1989