THE HONORABLE TANA LIN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>  v.<br><br>ISHAN WAHI, NIKHIL WAHI, and SAMEER RAMANI,<br><br>            Defendants. | No. 2:22-cv-01009<br><br>**[PROPOSED] ORDER GRANTING SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR ALTERNATIVE SERVICE ON DEFENDANT SAMEER RAMANI** |

[Proposed] Order Granting SEC's Motion for Alternative Service
SEC v. Wahi, et al.
Case No. 22-cv-01009

Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Telephone: (202) 551-4737

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiff Securities and Exchange Commission's Motion for Alternative Service on Defendant Sameer Ramani. The Court, having reviewed the motion and being otherwise sufficiently advised orders as follows:

IT IS HEREBY ORDERED that Plaintiff Securities and Exchange Commission's Motion for Alternative Service on Defendant Sameer Ramani is GRANTED. Accordingly, Plaintiff shall serve the Complaint, Amended Complaint and Summons on Defendant Ramani by sending these documents using WhatsApp Messenger to the WhatsApp username mrsamram and by email to samyramani@gmail.com and david.kornblau@dentons.com.

DATED this ___ day of December, 2022.

It is SO ORDERED.

Tana Lin
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Peter C. Lallas
Daniel J. Maher
Peter C. Lallas
SECURITIES AND EXCHANGE COMMISSION
100 F. Street NE
Washington, DC 20549-9612
Phone: 202-551-4737 (Maher)
Phone: 202-551-6864 (Lallas)
Email: maherd@sec.gov
Email: lallasp@sec.gov

*Attorneys for Plaintiff*

- 1 -

[Proposed] Order Granting SEC's Motion for Alternative Service
SEC v. Wahi, et al.
Case No. 22-cv-01009

Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Telephone: (202) 551-4737