The Honorable Tana Lin

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8

9

SECURITIES AND EXCHANGE
COMMISSION,

10

Plaintiff,

11

v.

12

ISHAN WAHI, NIKHIL WAHI, and SAMEER
RAMANI,

13

14

Defendants.

NO. 2:22-cv-01009-TL

**NOTICE OF LIMITED APPEARANCE**

15

TO:          Plaintiff;

16

AND TO:     All Counsel of Record.

17

PLEASE TAKE NOTICE that John A. Tondini of Byrnes Keller Cromwell LLP appears

18

for the limited purpose of moving for leave to file an amicus brief in this action as counsel for

19

amicus curiae Blockchain Association.  Please serve all future pleadings or papers, except

20

original process, related to this limited subject upon the following attorneys at the address

21

indicated.

22

John A. Tondini, WSBA #19092
BYRNES KELLER CROMWELL LLP

23

1000 Second Avenue, 38th Floor
Seattle, WA  98104

24

Telephone:   (206) 622-2000
Facsimile:    (206) 622-2522

25

jtondini@byrneskeller.com

26

NOTICE OF LIMITED APPEARANCE (NO. 2:22-cv-01009-TL) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

DATED this 13th day of February, 2023.

BYRNES KELLER CROMWELL LLP

By /s/ John A. Tondini
    John A. Tondini, WSBA #19092
    1000 Second Avenue, 38th Floor
    Seattle, WA 98104
    Telephone:  (206) 622-2000
    jtondini@byrneskeller.com

MORRISON COHEN LLP
    Jason Gottlieb (*pro hac vice* pending)
    Michael Mix (*pro hac vice* pending)
    Alexandra W. Wang (*pro hac vice* pending)
    909 Third Avenue
    New York, New York 10022
    (212) 735-8600
    jgottlieb@morrisoncohen.com
    mmix@morrisoncohen.com
    awang@morrisoncohen.com

***Attorneys for Amicus Curiae Blockchain Association***

NOTICE OF LIMITED APPEARANCE (NO. 2:22-cv-01009-TL) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney certifies that on the 13th day of February, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.  The NEF for the foregoing specifically identifies recipients of electronic notice.

/s/ John A. Tondini
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
jtondini@byrneskeller.com

NOTICE OF LIMITED APPEARANCE (NO. 2:22-cv-01009-TL) - 3