The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>        v.<br><br>ISHAN WAHI, NIKHIL WAHI, and SAMEER RAMANI,<br><br>                              Defendants. | NO. 2:22-cv-01009-TL<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF** |

THIS MATTER comes before the Court on Blockchain Association's motion for leave to file an amicus brief. The Court has reviewed the motion, the Proposed Brief attached as Exhibit 1, and the parties' response, if any, and NOW THEREFORE,

IT IS HEREBY ORDERED:

1. Blockchain Association's motion is GRANTED; AND

2. Blockchain Association shall file the *amicus* brief within two court days of the date of the entry of this Order.

DATED this _____ day of _____, 2023.

_____
Honorable Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO
FILE AMICUS CURIAE BRIEF (NO. 2:22-cv-01009-TL) - 1

Byrnes ♦ Keller ♦ Cromwell LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

PRESENTED BY:

BYRNES KELLER CROMWELL LLP

By /s/ John A. Tondini
    John A. Tondini, WSBA #19092
    1000 Second Avenue, 38th Floor
    Seattle, WA 98104
    Telephone: (206) 622-2000
    jtondini@byrneskeller.com

MORRISON COHEN LLP
Jason Gottlieb (*pro hac vice* pending)
Michael Mix (*pro hac vice* pending)
Alexandra W. Wang (*pro hac vice* pending)
909 Third Avenue
New York, New York 10022
(212) 735-8600
jgottlieb@morrisoncohen.com
mmix@morrisoncohen.com
awang@morrisoncohen.com

*Attorneys for Amicus Curiae Blockchain Association*

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF (NO. 2:22-cv-01009-TL) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 13th day of February, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

/s/ John A. Tondini
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
jtondini@byrneskeller.com

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF (NO. 2:22-cv-01009-TL) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000