

# United States District Court
# Western District of Washington

| SECURITIES AND EXCHANGE COMMISSION, | Case Number: | 2:22-cv-01009-TL |

Plaintiff(s)

V.

ISHAN WAHI, NIKHIL WAHI, and SAMEER RAMANI,

Defendant(s)

APPLICATION FOR LEAVE TO APPEAR
PRO HAC VICE

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington,

Michael Mix hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Amicus Curiae Blockchain Association

The particular need for my appearance and participation is:

I am one of Amicus' lead counsel and intend to file a motion for leave to file an amicus brief and such other papers with the Court.

I, Michael Mix understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 13, 2023                    Signature of Applicant:  s/ Michael Mix

**Pro Hac Vice Attorney**

Applicant's Name: _____ Michael Mix _____

Law Firm Name: _____ Morrison Cohen LLP _____

Street Address 1: _____ 909 Third Avenue, 27th Floor _____

Address Line 2: _____

City: New York _____ State: NY _____ Zip: 10022 _____

Phone Number w/ Area Code (212) 735-8600 _____ Bar # 5020201 _____ State New York ____

Primary E-mail Address: mmix@morrisoncohen.com _____

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address: _____

# STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Michael Mix _____ is unable to be present upon any date assigned by the court.

Date: February 13, 2023 _____ Signature of Local Counsel: s/ John A. Tondini _____

Local Counsel's Name: _____ John A. Tondini _____

Law Firm Name: _____ Byrnes Keller Cromwell LLP _____

Street Address 1: _____ 1000 Second Avenue, 38th Floor _____

Address Line 2: _____

City: Seattle _____ State: WA _____ Zip: 98104 _____

Phone Number w/ Area Code (206) 622-2000 _____ Bar # 19092 _____

U.S. District Court – Pro Hac Vice Application
Revised January 19, 2023
Page 4

**Pro Hac Vice Attorney**

Applicant's Name: Michael Mix

Law Firm Name: Morrison Cohen LLP

Street Address 1: 909 Third Avenue, 27th Floor

Address Line 2:

City: New York   State: NY   Zip: 10022

Phone Number w/ Area Code (212) 735-8600   Bar # 5020201   State New York

Primary E-mail Address: mmix@morrisoncohen.com

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address:

# STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Michael Mix is unable to be present upon any date assigned by the court.

Date: February 13, 2023   Signature of Local Counsel: s/ John A. Tondini

Local Counsel's Name: John A. Tondini

Law Firm Name: Byrnes Keller Cromwell LLP

Street Address 1: 1000 Second Avenue, 38th Floor

Address Line 2:

City: Seattle   State: WA   Zip: 98104

Phone Number w/ Area Code (206) 622-2000   Bar # 19092

U.S. District Court – Pro Hac Vice Application                                   Page 4
Revised January 19, 2023



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1.  The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2.  The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3.  If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court.  Court staff will assess the risk and advise accordingly.

4.  By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5.  You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27,2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6.  By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed <u>February 13, 2023</u> Signature  s/<u>Michael Mix</u>

*(Pro Hac Vice applicant name)*