

United States District Court
Western District of Washington

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case Number: 2:22-cv-01009-TL |
| Plaintiff(s) | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| V. | |
| ISHAN WAHI, NIKHIL WAHI, and SAMEER RAMANI, | |
| Defendant(s) | |

Pursuant to LCR 83.1(d) of the United States District Court for the Western District of Washington, Alexandra W. Wang hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Amicus Curiae Blockchain Association

The particular need for my appearance and participation is:

I am one of Amicus' lead counsel and intend to file a motion for leave to file an amicus brief and such other papers with the Court.

I, Alexandra W. Wang understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 13, 2023        Signature of Applicant:  s/ Alexandra W. Wang

**Pro Hac Vice Attorney**

Applicant's Name: Alexandra W. Wang

Law Firm Name: Morrison Cohen LLP

Street Address 1: 909 Third Avenue, 27th Floor

Address Line 2:

City: New York    State: NY    Zip: 10022

Phone Number w/ Area Code (212) 735-8600    Bar # 5416748    State New York

Primary E-mail Address: awang@morrisoncohen.com

*(Primary E-Mail address must be for the Pro Hac attorney and not any subordinate or staff member)*

Secondary E-mail Address:

# STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant Alexandra W. Wang is unable to be present upon any date assigned by the court.

Date: February 13, 2023    Signature of Local Counsel: s/ John A. Tondini

Local Counsel's Name: John A. Tondini

Law Firm Name: Byrnes Keller Cromwell LLP

Street Address 1: 1000 Second Avenue, 38th Floor

Address Line 2:

City: Seattle    State: WA    Zip: 98104

Phone Number w/ Area Code (206) 622-2000    Bar # 19092



# Electronic Case Filing Agreement

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The PACER password combined with your login, serves as your signature under Federal Rule of Civil Procedure 11 and 5(d)(3)(C). Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Court staff will assess the risk and advise accordingly.

4. By signing this Registration Form, **you consent to receive notice electronically and waive your right to receive notice by personal service or first-class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons.** This provision does include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. After January 27, 2020, a PACER login and password, will be required to electronically file. You can register for PACER access at their web site: www.pacer.gov.

6. By completion of this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

Date Signed February 13, 2023   Signature   s/Alexandra W. Wang
*(Pro Hac Vice applicant name)*