The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:22-cv-01009-TL |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF** |
| v. | NOTED FOR:  March 3, 2023 |
| ISHAN WAHI, NIKHIL WAHI, AND SAMEER RAMANI, | |
| Defendants. | |

Amicus Investor Choice Advocates Network's Motion for Leave to File Amicus Brief is hereby granted.

Dated: _____

_____
Hon. Tana Lin

Respectfully submitted, this 13th day of February 2023.

[PROPOSED] ORDER GRANTING
MOTION FOR LEAVE TO FILE AMICUS
BRIEF – 2:22-CV-01009-TL

1

Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300

1    *Presented by*:

2    ORRICK, HERRINGTON & SUTCLIFFE LLP

3    By: *s/Jeffrey B. Coopersmith*

4    Jeffrey B. Coopersmith (WA #30954)
     jcoopersmith@orrick.com
     401 Union Street, Suite 3300
5    Seattle, WA 98101
     (206) 839-4300
6
     Stephen Cazares (CA #201864)
7       *(Pro hac vice pending)*
     scazares@orrick.com
8    355 S. Grand Ave., Suite 2700
     Los Angeles, CA 90071
9    (213) 612-2499

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING
MOTION FOR LEAVE TO FILE AMICUS
BRIEF – 2:22-CV-01009-TL

2