The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ISHAN WAHI, NIKHIL WAHI, AND SAMEER RAMANI,<br><br>Defendants. | Case No. 2:22-cv-01009-TL<br><br>**NOTICE OF APPEARANCE FOR JEFFREY B. COOPERSMITH** |

TO:         THE CLERK OF THE COURT

AND TO:   ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Jeffrey B. Coopersmith hereby enters his appearance as counsel for Investor Choice Advocates Network ("ICAN"), which has filed a motion for leave to proceed as amicus curiae in the above-entitled action, and requests that all pleadings or papers, except original process, be made upon the undersigned at the address stated below.

Based on guidance from the Clerk's office, undersigned counsel understands that this Notice of Appearance is necessary for ICAN's Motion for Leave to File Amicus Brief (with amicus brief included as Attachment A) to be deemed as properly filed. *See* Docket No. 43 and February 14, 2023 Docket Note regarding same.

1  Respectfully submitted this 14th day of February 2023.

2  ORRICK, HERRINGTON & SUTCLIFFE LLP

3  By: *s/Jeffrey B. Coopersmith*
   Jeffrey B. Coopersmith (WA #30954)
4  jcoopersmith@orrick.com
   401 Union Street, Suite 3300
5  Seattle, WA 98101
   (206) 839-4300

6

7  *Attorney for Investor Choice Advocate Network
   (Motion for Leave to Proceed as amicus curaie
   pending)*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF APPEARANCE – 2:22-CV-01009-TL

2

Orrick Herrington & Sutcliffe LLP
401 Union Street, Suite 3300
Seattle, Washington 98101
tel+1-206-839-4300