THE HONORABLE TANI LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ISHAN WAHI, NIKHL WAHI, AND SAMEER RAMANI,<br><br>　　　　　　Defendants. | No.: 22-cv-01009-TL<br><br>NOTICE OF APPEARANCE |

TO:       THE CLERK OF THE COURT;

AND TO:   All Parties of Record.

　　PLEASE TAKE NOTICE that Daniel R. Bentson of Bullivant Houser Bailey PC hereby appears on behalf of Amicus Curiae The Chamber of Digital Commerce in this cause and request that all further papers and pleadings herein, except process, be served upon the undersigned attorneys at the address below stated:

Daniel R. Bentson
Bullivant Houser Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Email: dan.bentson@bullivant.com

NOTICE OF APPEARANCE
NO.: 22-CV-01009-TL

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

1  DATED: February 22, 2023

2  BULLIVANT HOUSER BAILEY PC

4  By  s/ Daniel R. Bentson
   Daniel R. Bentson, WSBA #36825
5  BULLIVANT HOUSER BAILEY PC
   925 Fourth Avenue, Suite 3800
6  Seattle, Washington 98104
   Tel: (206) 292-8930
7  E-mail:   dan.bentson@bullivant.com

8  Attorneys for Amicus Curiae The Chamber of
   Digital Commerce

10  4895-4836-8722.1

NOTICE OF APPEARANCE
NO.: 22-CV-01009-TL

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930