THE HONORABLE TANI LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>   v.<br><br>ISHAN WAHI, NIKHL WAHI, AND SAMEER RAMANI,<br><br>           Defendants. | No.: 22-cv-01009-TL<br><br>[PROPOSED] ORDER GRANTING CHAMBER OF DIGITAL COMMERCE'S MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE<br><br>Note on Motion Calendar:<br>March 10, 2023 |

This matter comes before the Court on the Chamber of Digital Commerce's Motion for Leave to File Brief of Amicus Curiae (the "Motion"). Having considered the Motion and all papers filed in support of and in opposition, the Court hereby GRANTS the Motion. It is hereby ORDERED that the Chamber of Digital Commerce shall file the Brief of Amicus Curiae by _____.

DATED: this \_\_\_ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE TANI LIN

[PROPOSED] ORDER GRANTING CHAMBER OF DIGITAL COMMERCE'S MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE
NO.: 22-CV-01009-TL

PAGE 1

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Presented by:

BULLIVANT HOUSER BAILEY, PC

By   */s/ Daniel R. Bentson*
Daniel R. Bentson, WSBA #36825
BULLIVANT HOUSER BAILEY PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Tel. (206) 292-8930
dan.bentson@bullivant.com

George E. Mastoris, *pro hac vice* (pending)
Kerry C. Donovan, *pro hac vice* (pending)
Athanasia (Thania) Charmani, *pro hac vice* (pending)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York
Tel. (212) 294-6700
gmastoris@winston.com
kcdonovan@winston.com
acharmani@winston.com

Daniel T. Stabile, *pro hac vice* (pending)
WINSTON & STRAWN LLP
200 S. Biscayne Boulevard
Miami, Florida
Tel. (305) 910-0787
dstabile@winston.com

Jeffrey L. Steinfeld, *pro hac vice* (pending)
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel. (213) 615-1700
jlsteinfeld@winston.com

Attorneys for Amicus Curiae The Chamber of Digital Commerce

4893-3997-2690.1

[PROPOSED] ORDER GRANTING CHAMBER OF DIGITAL COMMERCE'S MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE
NO.: 22-CV-01009-TL

PAGE 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930