THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ISHAN WAHI, NIKHIL WAHI, AND SAMEER RAMANI,<br><br>　　　　　　　　　Defendants. | Case No. 2:22-cv-01009-TL<br><br>**NOTICE OF APPEARANCE FOR MOSHE Y. (JEFF) ADMON** |

TO:　　　　CLERK OF THE ABOVE-NAMED COURT

AND TO:　　ALL PARTIES OF RECORD

　　　PLEASE TAKE NOTICE that Moshe Y. (Jeff) Admon, of Admon Law Firm PLLC, hereby appears on behalf of Paradigm Operations LP, which has filed a motion for leave to proceed as amicus curiae in the above-entitled action, and requests that all further pleadings of papers, except original process, be made upon the undersigned at the address stated below:

Moshe Y. (Jeff) Admon
Admon Law Firm, PLLC
300 Lenora St., #4008
Seattle, WA 98121
Email: jeff@admonlaw.com

NOTICE OF APPEARANCE - NO.: 2:22-cv-01009-TL
PAGE 1
NOA

**ADMON LAW FIRM, PLLC**
**www.AdmonLaw.com**

300 Lenora St., #4008, Seattle, WA  98121
Tel. 206.739.8383  Fax 206.494.0001

1  Respectfully submitted this 9th Day of March, 2023.

ADMON LAW FIRM, PLLC

By */s/Moshe Y. Admon*
Moshe (Jeff) Admon, WSBA #50235
ADMON LAW FIRM, PLLC
300 Lenora St., #4008
Seattle, WA 98121
T: (206) 739-8383
F: (206) 494-0001
Email: jeff@admonlaw.com

*Attorneys for Amicus Curiae  Paradigm Operations LP*

NOTICE OF APPEARANCE - NO.: 2:22-cv-01009-TL
PAGE 2
NOA

ADMON LAW FIRM, PLLC
www.AdmonLaw.com
300 Lenora St., #4008, Seattle, WA  98121
Tel. 206.739.8383  Fax 206.494.0001