The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br> v.<br><br>ISHAN WAHI, NIKHIL WAHI, AND SAMEER RAMANI,<br> Defendants. | Case No. 2:22-cv-01009-TL<br><br>[PROPOSED] ORDER GRANTING PARADIGM OPERATIONS LP'S MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE<br><br>NOTE ON MOTION CALENDAR: March 24, 2023 |

This matter comes before the Court on Paradigm Operations LP's Motion for Leave to File Brief of Amicus Curiae (the "Motion"). Having considered the Motion and all papers filed in support of and in opposition, the Court hereby GRANTS the Motion. It is hereby ORDERED that Paradigm Operations LP shall file the Brief of Amicus Curiae by _____.

DATED: this ____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE TANA LIN

[PROPOSED] ORDER GRANTING PARADIGM OPERATIONS LP'S MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE
NO.: 2:22-cv-01009-TL
PAGE 1 Proposed Order Granting Leave-SEC v. Wahi (Paradigm Operations)(2666.3)

COHENWILSON LLP
dba DLx Law
331 Park Avenue South
New York, NY 10010
Tel. 212.994.6845

ADMON LAW FIRM, PLLC
www.AdmonLaw.com
300 Lenora St., #4008
Seattle, WA 98121
Tel. 206.739.8383

Presented by:

ADMON LAW FIRM, PLLC

By    */s/Moshe Y. Admon*
      Moshe (Jeff) Admon, WSBA #50235
      300 Lenora St., #4008
      Seattle, WA 98121
      Tel: (206) 739-8383
      jeff@admonlaw.com

      COHENWILSON LLP
      Lewis Rinaudo Cohen, (*pro hac vice* pending)
      Gregory Strong, (*pro hac vice* pending)
      Weiyang Chen, (*pro hac vice* pending)
      Freeman Lewin, (*pro hac vice* pending)
      331 Park Avenue South
      New York, NY 10010
      Tel: (212) 984-6845
      lewis.cohen@dlxlaw.com
      greg.strong@dlxlaw.com
      sarah.chen@dlxlaw.com
      freeman.lewin@dlxlaw.com

      PARADIGM OPERATIONS LP
      Rodrigo Seira, (*pro hac vice* pending)
      548 Market Street
      San Francisco, CA 94104
      Tel: (415) 986-9283
      rodrigo@paradigm.xyz

      ***Attorneys for Amicus Curiae Paradigm Operations LP***

[PROPOSED] ORDER GRANTING PARADIGM OPERATIONS LP'S MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE
NO.: 2:22-cv-01009-TL
PAGE 2 Proposed Order Granting Leave-SEC v. Wahi (Paradigm Operations)(2666.3)

**COHENWILSON LLP**
**dba DLx Law**
331 Park Avenue South
New York, NY 10010
Tel. 212.994.6845

**ADMON LAW FIRM, PLLC**
**www.AdmonLaw.com**
300 Lenora St., #4008
Seattle, WA 98121
Tel. 206.739.8383