THE HONORABLE TANA LIN

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

v.

ISHAN WAHI, NIKHIL WAHI, and
SAMEER RAMANI

DefendantS.

No. 2:22-cv-01009-TL

**NOTICE OF APPEARANCE**

16

TO:        Clerk of the Court;

17

AND TO:    Counsel of Record.

18

PLEASE TAKE NOTICE that Steven W. Fogg and Victoria E. Ainsworth of Corr

19

Cronin LLP hereby enter an appearance in the above-entitled proceeding on behalf of Amicus

20

Curiae Coinbase, Inc. in this cause and requests that all further papers and pleadings herein,

21

except process, be served upon the undersigned attorneys at the address below stated.

22

23

24

25

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED: March 13, 2023.

CORR CRONIN LLP


*s/ Steven W. Fogg*
Steven W. Fogg, WSBA No. 23528
sfogg@corrcronin.com

*s/ Victoria E. Ainsworth*
Victoria E. Ainsworth, WSBA No. 49677
tainsworth@corrcronin.com
Corr Cronin LLP
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
*Attorneys for Amicus Curiae Coinbase, Inc.*

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900