THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

        v.

ISHAN WAHI, NIKHIL WAHI, and
SAMEER RAMANI,

                    Defendants.

No. 2:22-cv-01009-TL

**COINBASE, INC.'S MOTION FOR
LEAVE TO FILE AN AMICUS BRIEF IN
SUPPORT OF DEFENDANTS ISHAN
WAHI AND NIKHIL WAHI'S MOTION
TO DISMISS**

NOTE ON MOTION CALENDAR:
March 31, 2023

COINBASE, INC.'S MOTION FOR LEAVE TO FILE
AN AMICUS BRIEF
CASE NO. 2:22-cv-01009-TL

Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave. N.W.
Washington, D.C. 20036
Tel.: 202-955-8500

Coinbase, Inc. ("Coinbase") respectfully moves for leave to file a brief as amicus curiae in the above-captioned case in support of Defendants Ishan Wahi and Nikhil Wahi's Motion to Dismiss (Dkt. No. 33). Counsel for the defendants have consented to this motion. Counsel for the Securities and Exchange Commission (SEC) asked to review Coinbase's proposed amicus brief before taking a position on this motion; Coinbase declined to provide the draft brief before finalizing and filing it, and the SEC's position on this motion is accordingly unknown. A copy of the proposed amicus brief is appended as an exhibit to this motion.

District courts possess inherent authority and "broad discretion" to permit the filing of an amicus brief. *Wagafe v. Biden*, 2022 WL 457983, at *1 (W.D. Wash. Feb. 15, 2022) (citing *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982)); *accord Miss. Prods., Inc. v. Cincinnati Ins. Co.*, 2021 WL 5305864, at *1 (D. Or. Nov. 15, 2021) ("[T]here is no rule addressing the filing of an *amicus* brief in a district court[.]"). They often exercise that authority by "consider[ing] amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Skokomish Indian Tribe v. Goldmark*, 2013 WL 5720053, at *1 (W.D. Wash. Oct. 21, 2013) (citation and quotation marks omitted); *accord Miller-Wohl Co. v. Comm'r of Labor & Indus., State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982) (explaining that the "classic role" of an amicus curiae is to "assis[t] in a case of general public interest, supplemen[t] the efforts of counsel, and dra[w] the court's attention to law that escaped consideration"). "[G]enerally courts 'have exercised great liberality' in permitting amicus briefs." *El Paper LLC v. Inslee*, 2020 WL 6219353, at *1 (W.D. Wash. Oct. 22, 2020) (quoting *California v. U.S. Dep't of the Interior*, 381 F. Supp. 3d 1153, 1163–64 (N.D. Cal. 2019)).

As explained in Coinbase's proposed brief, the SEC is alleging that three individuals—including Ishan Wahi, a former Coinbase employee—violated the securities laws by trading seven digital assets that Coinbase listed on its platform and two others that Coinbase did not list. Although aimed at three individuals, the SEC's suit hinges on the wrong assumption that Coinbase—

COINBASE, INC.'S MOTION FOR LEAVE TO FILE
AN AMICUS BRIEF - 1
CASE NO. 2:22-cv-01009-TL

Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave. N.W.
Washington, D.C. 20036
Tel.: 202-955-8500

the object of the defendants' crimes and a nonparty in this case—has unlawfully listed at least a small number of securities on its platform.

Coinbase is well positioned to contest the SEC's view and explain its ramifications for the crypto industry. It is the largest and only publicly traded cryptocurrency trading platform in the United States and does not list any securities on its platform.

Coinbase therefore seeks this Court's permission to file the attached amicus brief.

COINBASE, INC.'S MOTION FOR LEAVE TO FILE
AN AMICUS BRIEF - 2
CASE NO. 2:22-cv-01009-TL

Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave. N.W.
Washington, D.C.  20036
Tel.:  202-955-8500

Dated: March 13, 2023

Respectfully submitted,

By: /s/ Steven W. Fogg
Steven W. Fogg, WSBA No. 23528
Corr Cronin LLP
1015 Second Avenue, Floor 10
Seattle, WA 98104
Phone: (206) 625-8600
Fax: (206) 625-0900
sfogg@corrcronin.com

Eugene Scalia (*pro hac vice pending*)
escalia@gibsondunn.com
Jonathan C. Bond (*pro hac vice pending*)
jbond@gibsondunn.com
Nick Harper (*pro hac vice pending*)
nharper@gibsondunn.com
Robert A. Batista (*pro hac vice pending*)
rbatista@gibsondunn.com
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Phone: (202) 955-8500

Reed Brodsky (*pro hac vice pending*)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Phone: (212) 351-4000
rbrodsky@gibsondunn.com

Monica Loseman (*pro hac vice pending*)
Gibson, Dunn & Crutcher LLP
1801 California St., Unit 4200
Denver, CO 80202
Phone: (303) 298-5700
mloseman@gibsondunn.com

Attorneys for Amicus Curiae Coinbase, Inc.

**CERTIFICATION**: The above signatory also certifies that this memorandum contains

476 words, in compliance with the Local Civil Rules

COINBASE, INC.'S MOTION FOR LEAVE TO FILE
AN AMICUS BRIEF - 3
CASE NO. 2:22-cv-01009-TL

Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave. N.W.
Washington, D.C. 20036
Tel.: 202-955-8500