THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>   v.<br><br>ISHAN WAHI, NIKHIL WAHI, and SAMEER RAMANI,<br><br>                Defendants. | No. 2:22-cv-01009-TL<br><br>**[PROPOSED] ORDER GRANTING COINBASE, INC.'S MOTION FOR LEAVE TO FILE AN AMICUS BRIEF IN SUPPORT OF DEFENDANTS ISHAN WAHI AND NIKHIL WAHI'S MOTION TO DISMISS** |

ORDER GRANTING COINBASE, INC.'S MOTION FOR
LEAVE TO FILE AN AMICUS BRIEF
CASE NO. 2:22-cv-01009-TL

Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave. N.W.
Washington, D.C. 20036
Tel.: 202-955-8500

This matter comes before the Court on Coinbase, Inc.'s ("Coinbase") Motion for Leave to File an Amicus Brief in Support of Defendants Ishan Wahi and Nikhil Wahi's Motion to Dismiss (the "Motion"). Having considered the Motion and the materials submitted by the parties, IT IS HEREBY ORDERED that:

1. Coinbase's Motion is GRANTED.

2. Coinbase is directed to file its amicus brief on or before _____.

IT IS SO ORDERED.

DATED this _____ day of _____, 2023.

                                                                                        _____
                                                                                        Honorable Tana Lin
                                                                                       United States District Judge

Presented By:

By: */s/ Steven W. Fogg*
    Steven W. Fogg, WSBA No. 23528
    Corr Cronin LLP
    1015 Second Avenue, Floor 10
    Seattle, WA 98104
    Phone: (206) 625-8600
    Fax: (206) 625-0900
    sfogg@corrcronin.com

    Eugene Scalia (*pro hac vice pending*)
    escalia@gibsondunn.com
    Jonathan C. Bond (*pro hac vice pending*)
    jbond@gibsondunn.com
    Nick Harper (*pro hac vice pending*)
    nharper@gibsondunn.com
    Robert A. Batista (*pro hac vice pending*)
    rbatista@gibsondunn.com
    Gibson, Dunn & Crutcher LLP
    1050 Connecticut Avenue, N.W.
    Washington, D.C. 20036-5306
    Phone: (202) 955-8500

ORDER GRANTING COINBASE, INC.'S MOTION          Gibson, Dunn & Crutcher LLP
FOR LEAVE TO FILE AN AMICUS BRIEF - 1             1050 Connecticut Ave. N.W.
CASE NO. 2:22-cv-01009-TL                                 Washington, D.C. 20036
                                                                                             Tel.: 202-955-8500

Reed Brodsky (*pro hac vice pending*)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166
Phone: (212) 351-4000
rbrodsky@gibsondunn.com

Monica Loseman (*pro hac vice pending*)
Gibson, Dunn & Crutcher LLP
1801 California St., Unit 4200
Denver, CO  80202
Phone: (303) 298-5700
mloseman@gibsondunn.com

Attorneys for Amicus Curiae Coinbase, Inc.

ORDER GRANTING COINBASE, INC.'S MOTION
FOR LEAVE TO FILE AN AMICUS BRIEF - 2
CASE NO. 2:22-cv-01009-TL

Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave. N.W.
Washington, D.C.  20036
Tel.:  202-955-8500