The Honorable Tana Lin

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>     v.<br><br>ISHAN WAHI, NIKHIL WAHI, AND SAMEER RAMANI,<br>  Defendants. | Case No. 2:22-cv-01009-TL |

**RULE 7.1 DISCLOSURE STATEMENT**

Paradigm Operations LP ("Paradigm") discloses for the limited purpose of complying with Rule 7.1(a)(1) of the Federal Rules of Civil Procedure ("FRCP") and Local Civil Rule 7.1(a) of the Western District of Washington ("LCR 7.1(a)(1)") that there is no parent, shareholder, member, or partner to identify as required by Rule 7.1(a)(1) of the FRCP and LCR 7.1(a)(1).

Pursuant to Rule 7.1(a)(2) of the FRCP, Paradigm hereby names and identifies the citizenship of the following names and citizenships of individuals and entities whose citizenship is attributed to Paradigm:

RULE 7.1 DISCLOSURE STATEMENT-
PARADIGM OPERATIONS LP
NO.: 2:22-cv-01009-TL
PAGE 1

COHENWILSON LLP
dba DLx Law
331 Park Avenue South
New York, NY 10010
Tel. 212.994.6845

ADMON LAW FIRM, PLLC
www.AdmonLaw.com
300 Lenora St., #4008
Seattle, WA 98121
Tel. 206.739.8383

- Fred Ehrsam, an individual United States citizen.

- Matt Huang, an individual United States citizen.

- Paradigm Operations GP LLC, a Delaware Limited Liability Company.

Dated: March 15, 2023, in Seattle, Washington

Respectfully submitted,

ADMON LAW FIRM, PLLC

By     */s/Moshe Y. Admon*
        Moshe (Jeff) Admon, WSBA #50235
        300 Lenora St., #4008
        Seattle, WA 98121
        Tel: (206) 739-8383
        Fax: (206) 494-0001
        Email: jeff@admonlaw.com

RULE 7.1 DISCLOSURE STATEMENT-
PARADIGM OPERATIONS LP
NO.: 2:22-cv-01009-TL
PAGE 2

COHENWILSON LLP
dba DLx Law
331 Park Avenue South
New York, NY 10010
Tel. 212.994.6845

ADMON LAW FIRM, PLLC
www.AdmonLaw.com
300 Lenora St., #4008
Seattle, WA 98121
Tel. 206.739.8383