UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br> v.<br><br>ISHAN WAHI et al,<br><br>      Defendants. | CASE NO. 2:22-cv-01009-TL<br><br>ORDER GRANTING LEAVE TO FILE *AMICUS CURIAE* BRIEFS |

  This matter comes before the Court on motions for leave to file *amicus curiae* briefs from Blockchain Association (Dkt. No. 39), Investor Choice Advocates Network (Dkt. No. 43), and the Chamber of Digital Commerce (Dkt. No. 56). The Court has reviewed each motion and proposed brief, and no responses having been filed by the Parties, GRANTS the motions. Blockchain Association, Investor Choice Advocates Network, and the Chamber of Digital Commerce shall each file their respective *amicus* briefs on the docket **within two (2) days of entry of this Order**.

  Dated this 17th day of March 2023.

Tana Lin
United States District Judge

ORDER GRANTING LEAVE TO FILE AMICUS CURIAE BRIEFS - 1