UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                          Plaintiff,<br><br>     v.<br><br>ISHAN WAHI et al,<br><br>                          Defendants. | CASE NO. 2:22-cv-01009-TL<br><br>ORDER REQUESTING SUPPLEMENTAL STATEMENT FROM PROPOSED *AMICI* |

    This matter comes before the Court *sua sponte* following the filing of motions for leave to file *amicus curiae* briefs by Paradigm Operations LP (Dkt. No. 67) and Coinbase, Inc. (Dkt. No. 78).

    Courts have broad discretion to permit or prohibit amicus participation. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *overruled on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995); *accord United States v. Phan*, No. CR18-86, 2018 WL 11393436, at *1 (W.D. Wash. July 25, 2018) (explaining that a court may "grant or refuse leave according [to whether] it deems the proffered information timely, useful, or otherwise" (quotation omitted)). Courts may

consider *amicus* briefs from non-parties "concerning legal issues that have potential ramifications beyond the parties directly involved or if the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Beldock v. Microsoft Corp.*, No. C22-1082, 2022 WL 17551138, at *1 (W.D. Wash. Dec. 9, 2022) (citing additional cases). But *amicus* briefs provide unique or helpful information only to the extent that they are not duplicative of arguments made by the Parties or other *amici*.

Therefore, before the Court will consider the motions, the Court DIRECTS Paradigm Operations LP and Coinbase, Inc. to file a supplemental statement certifying that their submissions are not duplicative of the briefs already filed in this case by Defendants or other proposed *amici* **by no later than March 23, 2023**. If the submissions are duplicative in any way, the *amici* can withdraw and revise their motions and proposed briefs as appropriate.

Dated this 17th day of March 2023.

Tana Lin
United States District Judge

ORDER REQUESTING SUPPLEMENTAL STATEMENT FROM PROPOSED AMICI - 2