UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                     Plaintiff,<br>     v.<br><br>ISHAN WAHI et al,<br><br>                     Defendants. | CASE NO. 2:22-cv-01009-TL<br><br>ORDER REGARDING THE FILING OF *AMICUS CURIAE* BRIEFS |

       On July 21, 2002, the United States Securities and Exchange Commission ("SEC") sued Defendants Ishan Wahi, Nikhil Wahi, and Sameer Ramani for alleged insider trading of certain crypto asset securities in violation of Sections 21(d), 21A, and 27 of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78u, 78u-l, and 78aa. Dkt. No. 1. Defendants Ishan Wahi and Nikhil Wahi filed a Motion to Dismiss on February 6, 2023. Dkt. No. 33. To date, five motions for leave to file *amicus curiae* briefs have been filed. Dkt Nos. 39, 43, 56, 67, and 78. The SEC has not yet

filed its response. Briefing on the motion to dismiss will be completed on May 8, 2023. Dkt. No. 25.

Courts have broad discretion to permit or prohibit amicus participation. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *overruled on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995); *accord United States v. Phan*, No. CR18-86, 2018 WL 11393436, at *1 (W.D. Wash. July 25, 2018) (explaining that a court may "grant or refuse leave according [to whether] it deems the proffered information timely, useful, or otherwise" (quotation omitted)). Courts may consider *amicus* briefs from non-parties "concerning legal issues that have potential ramifications beyond the parties directly involved or if the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Beldock v. Microsoft Corp.*, No. C22-1082, 2022 WL 17551138, at *1 (W.D. Wash. Dec. 9, 2022) (citing additional cases). But *amicus* briefs provide unique or helpful information only to the extent that they are not duplicative of arguments made by the Parties or other *amici*.

To ensure that any additional *amicus* briefs will provide unique or helpful information beyond what the Parties (and other *amici*) can provide and that will not be duplicative, no other person or entity shall be permitted to file an *amicus* brief in this case until the close of briefing on the motion to dismiss. If appropriate, the Court will set a schedule for the filing of additional *amicus* briefs after the pending motion to dismiss is fully briefed.

Dated this 17th day of March 2023.

Tana Lin
United States District Judge

ORDER REGARDING THE FILING OF AMICUS CURIAE BRIEFS - 2