THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. 2:22-cv-01009-TL |
| Plaintiff, | **COINBASE, INC.'S SUPPLEMENTAL STATEMENT** |
| v. | |
| ISHAN WAHI, NIKHIL WAHI, and SAMEER RAMANI, | |
| Defendants. | |

COINBASE, INC.'S SUPPLEMENTAL STATEMENT
CASE NO. 2:22-cv-01009-TL

Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave. N.W.
Washington, D.C. 20036
Tel.: 202-955-8500

Pursuant to this Court's order of March 17, 2023 (ECF No. 90), Coinbase, Inc. ("Coinbase") submits this supplemental statement certifying that its proposed amicus brief is not duplicative of arguments made by the parties or other amici. *See* ECF No. 78-2. Most of the issues addressed in Coinbase's proposed amicus brief—including Coinbase's process for listing digital assets, its engagement with the SEC during its public-listing process, its petition for rulemaking regarding digital-asset securities, and its argument that the SEC must engage in notice-and-comment rulemaking—are not addressed by the parties or other amici in any robust way. And while other amici also discuss various prior SEC guidance, Coinbase's proposed amicus brief provides a different legal framework for explaining why the SEC's failure to provide fair notice to the crypto industry violates due process. Although there necessarily is some overlap between the briefing of the parties and the amici on the central issue in this case—whether the digital assets at issue are "securities"—Coinbase offers a distinct, concise presentation of those issues and brings its "unique information [and] perspective" to bear. *Beldock v. Microsoft Corp.*, No. C22-1082, 2022 WL 17551138, at *1 (W.D. Wash. Dec. 9, 2022).

As explained in its proposed amicus brief, Coinbase is the largest cryptocurrency trading platform in the United States and has expertise in applying the securities laws to digital assets, including through its extensive efforts to ensure that every asset it lists on its exchange is not a security under applicable law. Moreover, because the SEC's allegations in this case hinge on the agency's erroneous contention that Coinbase has listed digital assets that are securities, Coinbase has a unique and compelling interest in explaining why the SEC is misreading the securities laws. In doing so, Coinbase has avoided unnecessary duplication by making only a summary version of particular points developed in other briefs and citing specific portions of those briefs where the Court can find a more detailed presentation.

Coinbase therefore respectfully requests that the Court grant its motion for leave to file the proposed amicus brief.

| | |
|---|---|
| COINBASE, INC.'S SUPPLEMENTAL STATEMENT - 1<br>CASE NO. 2:22-cv-01009-TL | Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Ave. N.W.<br>Washington, D.C. 20036<br>Tel.: 202-955-8500 |

Dated: March 22, 2023

Respectfully submitted,

By: */s/ Steven W. Fogg*
    Steven W. Fogg, WSBA No. 23528
    Corr Cronin LLP
    1015 Second Avenue, Floor 10
    Seattle, WA 98104
    Phone: (206) 625-8600
    Fax: (206) 625-0900
    sfogg@corrcronin.com

    Eugene Scalia (*pro hac vice*)
    escalia@gibsondunn.com
    Jonathan C. Bond (*pro hac vice*)
    jbond@gibsondunn.com
    Nick Harper (*pro hac vice*)
    nharper@gibsondunn.com
    Robert A. Batista (*pro hac vice*)
    rbatista@gibsondunn.com
    Gibson, Dunn & Crutcher LLP
    1050 Connecticut Avenue, N.W.
    Washington, D.C. 20036-5306
    Phone: (202) 955-8500

    Reed Brodsky (*pro hac vice*)
    Gibson, Dunn & Crutcher LLP
    200 Park Avenue
    New York, NY 10166
    Phone: (212) 351-4000
    rbrodsky@gibsondunn.com

    Monica Loseman (*pro hac vice*)
    Gibson, Dunn & Crutcher LLP
    1801 California St., Unit 4200
    Denver, CO 80202
    Phone: (303) 298-5700
    mloseman@gibsondunn.com

    Attorneys for Amicus Curiae Coinbase, Inc.

COINBASE, INC.'S SUPPLEMENTAL
STATEMENT - 2
CASE NO. 2:22-cv-01009-TL

Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave. N.W.
Washington, D.C. 20036
Tel.: 202-955-8500