UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ISHAN WAHI et al,<br><br>　　　　　　　　Defendants. | CASE NO. 2:22-cv-01009-TL<br><br>ORDER GRANTING LEAVE TO FILE *AMICUS CURIAE* BRIEF |

　　　This matter comes before the Court on Paradigm Operations LP's motion for leave to file an *amicus curiae* brief (Dkt. No. 67) and its statement in response to the Court's March 17, 2023, Order (Dkt. No. 96). The Court has reviewed these filings and the proposed brief, and no responses having been filed by the Parties, GRANTS the motion. Paradigm Operations LP shall file its *amicus* brief on the docket **within two (2) days of entry of this Order**.

　　　Dated this 27th day of March 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING LEAVE TO FILE AMICUS CURIAE BRIEF - 1