UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br> v.<br><br>ISHAN WAHI et al,<br><br>     Defendants. | CASE NO. 2:22-cv-01009-TL<br><br>ORDER GRANTING LEAVE TO FILE *AMICUS CURIAE* BRIEF |

  This matter comes before the Court on Coinbase, Inc.'s motion for leave to file an *amicus curiae* brief (Dkt. No. 78) and its statement in response to the Court's March 17, 2023, Order (Dkt. No. 98). The Court has reviewed these filings and the proposed brief, and no responses having been filed by the Parties, GRANTS the motion. Coinbase, Inc. shall file its *amicus* brief on the docket **within two (2) days of entry of this Order**.

  Dated this 3rd day of April 2023.

                     *[signature]*
                     Tana Lin
                     United States District Judge