THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | No. 2:22-cv-01009 |
| v. | **JOINT STIPULATED NOTICE TO EXTEND THE TIME TO RESPOND** |
| ISHAN WAHI, NIKHIL WAHI, and SAMEER RAMANI, | **NOTE ON MOTION CALENDAR: APRIL 3, 2023** |
| Defendants. | |

JOINT STIPULATED NOTICE TO EXTEND THE TIME TO RESPOND
CASE NO. 2:22-CV-01009

SEC
100 F Street NE
Washington, D.C., 20549
Tel. 202-551-4737 • sec.gov

Pursuant to Judge Lin's Standing Order for All Civil Cases, Plaintiff Securities and Exchange Commission ("SEC") and Defendants Ishan Wahi and Nikhil Wahi, by and through their undersigned counsel, stipulate to a revised schedule for the SEC to file an Opposition to the Wahis' Motion to Dismiss (Dkt. #33).[1]  The current deadline for the SEC's Opposition is April 6, 2023.  (*See* Nov. 28, 2022 Notice to Filer).  For the reasons set forth below, the SEC and the Wahis request the Clerk to reset the deadline for the SEC's Opposition to June 15, 2023 and the Wahis Reply to July 15, 2023.

At this time, the SEC has an agreement in principle with Ishan Wahi to resolve all of the SEC's claims in this matter.  The SEC and Nikhil Wahi are also in good faith discussions that may resolve the SEC's claims.  Any settlement recommended by SEC staff must be reviewed within the SEC and approved by the SEC's Commissioners before it may be submitted to the Court for approval, a process than can take a number of weeks.  To allow time for: 1) the SEC and Ishan Wahi to finalize the terms of a settlement; 2) the SEC and Nikhil Wahi to move forward on settlement discussions; and 3) for the SEC's Commissioners to review proposed settlements, the parties jointly request that the deadline for the SEC's Opposition be moved to June 15, 2023.  The Wahis' Reply would be due July 15, 2023.  The Parties further agree that discovery shall be stayed in this case until the resolution of the Wahis' Motion to Dismiss.

DATED this 3rd Day of April, 2023

**SO STIPULATED.**

    Respectfully submitted,

/s/ James M. Burnham
James M. Burnham, Admitted *Pro Hac Vice*
JONES DAY

---

[1] The SEC has filed a Motion for Alternative Service on Defendant Sameer Ramani (Dkt. #28) but has not otherwise been contacted by Ramani or by an attorney representing him in this matter.

JOINT STIPULATED NOTICE TO EXTEND THE TIME
TO RESPOND - 1
CASE NO. 2:22-CV-01009

SEC
100 F Street NE
Washington, D.C., 20549
Tel. 202-551-4737 • sec.gov

```
                                       51 Louisiana Avenue NW
                                       Washington, DC 20001-2113
                                       Phone: 202-879-5429
                                       Email: jburnham@jonesday.com

                                       /s/ David I. Miller
                                       David I. Miller, Admitted Pro Hac Vice
                                       Charles J. Berk, Pro Hac Vice Pending
                                       GREENBERG TRAURIG, LLP
                                       One Vanderbilt Avenue, 31st Floor
                                       New York, NY 10017
                                       Phone: 212-801-9200
                                       Email: david.miller@gtlaw.com
                                       Email: berkc@gtlaw.com

                                       /s/ Andrew St. Laurent
                                       Andrew St. Laurent, Admitted Pro Hac Vice
                                       HARRIS ST. LAURENT & WECHSLER LLP
                                       40 Wall Street, 53rd Floor
                                       New York, NY 10005
                                       Phone: 646-248-6010
                                       Email: andrew@hs-law.com

                                       *Attorneys for Defendant Ishan Wahi*

                                       /s/ Priya Chaudry
                                       Priya Chaudry, Pro Hac Vice Pending
                                       CHAUDRYLAW PLLC
                                       147 West 25th Street, 12th Floor
                                       New York, NY 10001
                                       Phone: 212-785-5550
                                       Email: priya@chaudrylaw.com

                                       *Attorney for Defendant Nikhil Wahi*

                                       /s/ Daniel J. Maher
                                       Daniel J. Maher
                                       Peter C. Lallas
                                       SECURITIES AND EXCHANGE
                                       COMMISSION
                                       100 F. Street NE
                                       Washington, DC 20549-9612
                                       Phone: 202-551-4737 (Maher)
                                       Email: maherd@sec.gov
                                       Email: lallasp@sec.gov

                                       *Attorneys for Plaintiff*
```

---

JOINT STIPULATED NOTICE TO EXTEND THE TIME
TO RESPOND - 2

CASE NO. 2:22-CV-01009

**SEC**
100 F Street NE
Washington, D.C., 20549
Tel. 202-551-4737 • sec.gov

|  |  |
|---|---|
| 1 | |
| 2 | /s/ Todd Maybrown |
|   | Todd Maybrown |
| 3 | ALLEN HANSEN MAYBROWN & |
|   | OFFENBECHER, PS |
| 4 | 600 University Street, Suite 3020 |
|   | Seattle, WA 98101 |
| 5 | Phone: 206-447-9681 |
|   | Email: todd@ahmlawyers.com |

*Local Counsel for Defendants Ishan Wahi and Nikhil Wahi*

JOINT STIPULATED NOTICE TO EXTEND THE TIME
TO RESPOND - 3
CASE NO. 2:22-CV-01009

**SEC**
100 F Street NE
Washington, D.C., 20549
Tel. 202-551-4737 • sec.gov