THE HONORABLE TANI LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ISHAN WAHI, NIKHL WAHI, AND SAMEER RAMANI,<br><br>Defendants. | No.: 22-cv-01009-TL<br><br>NOTICE OF COUNSEL'S CHANGE OF FIRM ASSOCIATION AND ADDRESS<br><br>CLERK'S ACTIN REQUIRED |

TO:        CLERK OF THE COURT;

AND TO:    ALL COUNSEL OF RECORD

Notice is hereby given that Daniel R. Bentson of Bullivant Houser Bailey PC, will transfer to a different firm.  As of May 2, 2023, service of all pleadings, notices, documents, and other contact information in the above-captioned matter should be served on counsel for Amicus Curiae The Chamber of Digital Commerce at the following.

> Daniel R. Bentson, WSBA #36825
> GORDON TILDEN THOMAS & CORDELL, LLP
> One Union Square
> 600 University Street, Suite 2915
> Seattle, WA 98101
> dbentson@gordontilden.com
> 206.467-6477

NOTICE OF COUNSEL'S CHANGE OF FIRM ASSOCIATION AND ADDRESS
NO.: 22-CV-01009-TL

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Defendant MNS, Ltd requests that counsel and the Court update their records accordingly.

DATED: May 1, 2023

BULLIVANT HOUSER BAILEY PC

By  s/ Daniel R. Bentson
Daniel R. Bentson, WSBA #36825
BULLIVANT HOUSER BAILEY PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Tel: (206) 292-8930
E-mail:  dan.bentson@bullivant.com

George Mastoris, *Pro Hac Vice*
Kerry Donovan, *Pro Hac Vice*
Athanasia (Thania) Charmani, *Pro Hac Vice*
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York
Tel. (212) 294-6700
gmastoris@winston.com
kcdonovan@winston.com
acharmani@winston.com

Daniel T. Stabile, *Pro Hac Vice*
WINSTON & STRAWN LLP
200 S. Biscayne Boulevard, Suite 2400
Miami, Florida
Tel. (305) 910-0787
dstabile@winston.com

Jeffrey L. Steinfeld, *Pro Hac Vice*
WINSTON & STRAWN LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
Tel. (213) 615-1700
jlsteinfeld@winston.com

Attorneys for Amicus Curiae The Chamber of Digital Commerce

4867-1116-1952.1

NOTICE OF COUNSEL'S CHANGE OF FIRM ASSOCIATION AND ADDRESS
NO.: 22-CV-01009-TL

PAGE 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930