# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ISHAN WAHI, NIKHIL WAHI, and SAMEER RAMANI,<br><br>Defendants. | Civil Action No. 2:22-cv-1009<br><br>PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S CONSENT MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT NIKHIL WAHI<br><br>NOTE ON MOTION CALENDAR: MAY 30, 2023 |

Plaintiff Securities and Exchange Commission (the "SEC"), with the consent of Defendant Nikhil Wahi, respectfully moves for the entry of Final Judgment. In support of this motion, the SEC states the following:

1. The SEC and Wahi have reached a settlement that will resolve Wahi's liability in connection with the above-captioned litigation.

2. Attached hereto as Exhibit 1 is the signed Consent of Defendant Nikhil Wahi ("Consent"), and attached hereto as Exhibit 2 is the proposed Final Judgment. The Consent sets forth Wahi's agreement to the entry of Final Judgment, which, among other things, will resolve his liability and provide injunctive relief. As set forth in the Consent, Wahi agrees to the terms of the proposed Final Judgment.

Accordingly, for all the foregoing reasons, the SEC respectfully requests that the Court enter the proposed Final Judgment attached as Exhibit 2.

- 1 -

Plaintiff's Consent Motion for Entry of Final Judgment Against Nikhil Wahi
SEC v. Wahi, et al.
Case No. 22-cv-01009

Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Telephone: (202) 551-4737

Respectfully submitted,

*/s/ Peter Lallas*
Daniel Maher
Peter Lallas
(Conditionally Admitted Under LR 83.1)
Securities and Exchange Commission
100 F Street N.E.
Washington, DC 20549
(202) 551-4737 (Maher)
(202) 551-6864 (Lallas)
maherd@sec.gov
lallasp@sec.gov

- 2 -

Plaintiff's Consent Motion for Entry of Final Judgment Against Nikhil Wahi
SEC v. Wahi, et al.
Case No. 22-cv-01009

Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Telephone: (202) 551-4737