JUDGE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

ISHAN WAHI, NIKHIL WAHI, and SAMEER RAMANI,

Defendants.

Civil Action No. 2:22-cv-1009

FINAL JUDGMENT AS TO DEFENDANT ISHAN WAHI

The U.S. Securities and Exchange Commission (the "Commission") having filed a Complaint and Defendant Ishan Wahi ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment; waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment.

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

(a)   to employ any device, scheme, or artifice to defraud;

(b)   to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

Final Judgment as to Ishan Wahi
SEC v. Wahi, et al.
Case No. 22-cv-01009

Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Telephone: (202) 551-4737

    (c)    to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

## II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Ishan Wahi is liable for disgorgement of ill-gotten gains as a result of the conduct alleged in the Complaint, plus prejudgment interest thereon, which shall be deemed satisfied as to Defendant by the Consent Preliminary Order of Forfeiture as to Specific Property dated February 7, 2023, to be included in the Judgment entered against Defendant in *United States v. Ishan Wahi*, No. 1:22-cr-392 (S.D.N.Y.) [ECF No. 78].

## III.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

## IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11

- 2 -

Final Judgment as to Ishan Wahi  
SEC v. Wahi, et al.  
Case No. 22-cv-01009

Securities and Exchange Commission  
100 F Street NE  
Washington, DC 20549  
Telephone: (202) 551-4737

U.S.C. § 523, the allegations in the complaint are true and admitted by Defendant, and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by Defendant under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation by Defendant of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. § 523(a)(19).

V.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

- 3 -

Final Judgment as to Ishan Wahi  
SEC v. Wahi, et al.  
Case No. 22-cv-01009

Securities and Exchange Commission  
100 F Street NE  
Washington, DC 20549  
Telephone: (202) 551-4737

VI.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

SO ORDERED.

_____
Tana Lin
United States District Judge

Presented by:

/s/ Peter C. Lallas
Daniel J. Maher
Peter C. Lallas
SECURITIES AND EXCHANGE COMMISSION
100 F. Street NE
Washington, DC 20549-9612
Phone: 202-551-4737 (Maher)
Phone: 202-551-6864 (Lallas)
Email: maherd@sec.gov
Email: lallasp@sec.gov

- 4 -

Final Judgment as to Ishan Wahi
SEC v. Wahi, et al.
Case No. 22-cv-01009

Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Telephone: (202) 551-4737