JUDGE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

SECURITIES AND EXCHANGE COMMISSION,

   Plaintiff,

v.

ISHAN WAHI, NIKHIL WAHI, and SAMEER RAMANI,

   Defendants.

Civil Action No. 2:22-cv-1009

DECLARATION OF SERVICE ON DEFENDANT SAMEER RAMANI

Peter C. Lallas declares as follows:

1. I am conditionally admitted to the Bar of this Court under Local Rule 83.1 and represent the Securities and Exchange Commission ("Commission"), the plaintiff in this action.

2. On May 22, 2023, this Court directed the Commission to effect service of the Complaint and Summons on Defendant Sameer Ramani by alternative means, specifically, by email to david.kornblau@dentons.com and samyramani@gmail.com, and by WhatsApp to username mrsamram and associated with phone number +91 9920625464. ECF No. 106.

3. On May 26, 2023, I sent an email to david.kornblau@dentons.com and samyramani@gmail.com with the Complaint, Amended Complaint, and Summons attached ("Service Email"). Attached hereto as Exhibit 1 is a true and correct copy of the Service Email. I received no error messages in response to the Service Email.

4. Attached hereto as Exhibit 2 is a true and correct copy of a delivery confirmation I received in response to the Service Email.

5. Attached hereto as Exhibit 3 is a true and correct copy of a confirmation that I received indicating that the Service Email was read by David Kornblau on May 26, 2023, at

- 1 -

Declaration of Service on Defendant Sameer Ramani
SEC v. Wahi, et al.
Case No. 22-cv-01009

Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Telephone: (202) 551-6864

5:24 p.m. ET.

6. The Commission contracted with Cavalier Courier & Process Service ("Cavalier") to effect service through WhatsApp. On May 26, 2023, Cavalier reported that there is no active member of WhatsApp with phone number +91 9920625464 and that there is no way to find a WhatsApp contact using solely a username. Therefore, Cavalier was unable to send the Summons and Complaint by WhatsApp to the username and phone number identified in the Court's Order.

7. I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information, and belief.

Executed on June 6, 2023.

/s/ *Peter C. Lallas*

Peter C. Lallas
Attorney for Plaintiff
Securities and Exchange Commission

- 2 -

Declaration of Service on Defendant Sameer Ramani
SEC v. Wahi, et al.
Case No. 22-cv-01009

Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Telephone: (202) 551-6864