| | |
|---|---|
| **From:** | Lallas, Peter |
| **To:** | samyramani@gmail.com |
| **Cc:** | david.kornblau@dentons.com; Maher, Daniel (MaherD@SEC.GOV) |
| **Subject:** | SEC v. Wahi et al., 2:22-cv-1009 |
| **Date:** | Friday, May 26, 2023 4:58:00 PM |
| **Attachments:** | Dkt 1 Complaint.pdf |
| | Dkt 4 Sameer Ramani Summons.pdf |
| | Dkt 106 Order re Alternative Service on Ramani.pdf |
| | Dkt 27 Amended Complaint.pdf |

Dear Mr. Ramani,

Attached are copies of a summons and the complaint in the matter SEC v. Wahi et al., 2:22-cv-1009. In the complaint, the United States Securities and Exchange Commission (the "Commission") alleges that you violated Section 10(b) of the Exchange Act. The complaint was filed on July 21, 2022, in the United States District Court for the Western District of Washington in Seattle, Washington, and an amended complaint (also attached) was filed on December 22, 2022. The Commission made a motion to permit service of the summons and complaint on you by email to samyramani@gmail.com, by email to your criminal defense counsel at david.kornblau@dentons.com, and by WhatsApp to the account associated with username mrsamram and phone number +91 9920625464. The court granted that motion on May 22, 2023, and a copy of the order is attached.

Please note that, as set forth in the summons, within 21 days after service of the summons (not counting the day you received it) you must file with the court and serve on the Commission an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on: Daniel Maher, U.S. Securities and Exchange Commission, 100 F Street, NE, Washington, DC 20549-5985. If no response is received by June 21, 2023, the Commission may move for entry of judgment by default.

Please contact me at 202-256-3900 or LallasP@sec.gov; or Daniel Maher at 202-551-4737 or MaherD@sec.gov, if you have any questions.

Peter Lallas
Trial Counsel
Enforcement Division
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-6864 (direct)
(202) 256-3900 (cell)