| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | samyramani@gmail.com; david.kornblau@dentons.com |
| **Subject:** | Relayed: SEC v. Wahi et al., 2:22-cv-1009 |
| **Date:** | Friday, May 26, 2023 4:59:22 PM |
| **Attachments:** | SEC v. Wahi et al. 222-cv-1009.msg |

Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:
samyramani@gmail.com (samyramani@gmail.com) <mailto:samyramani@gmail.com>
david.kornblau@dentons.com (david.kornblau@dentons.com) <mailto:david.kornblau@dentons.com>

Subject: SEC v. Wahi et al., 2:22-cv-1009