| | |
|---|---|
| **From:** | Kornblau, David |
| **To:** | Lallas, Peter |
| **Subject:** | Read: SEC v. Wahi et al., 2:22-cv-1009 |
| **Date:** | Friday, May 26, 2023 5:24:40 PM |

Your message

  To: Kornblau, David
  Subject: SEC v. Wahi et al., 2:22-cv-1009
  Sent: Friday, May 26, 2023 4:59:03 PM (UTC-05:00) Eastern Time (US & Canada)
was read on Friday, May 26, 2023 5:24:24 PM (UTC-05:00) Eastern Time (US & Canada).