# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ISHAN WAHI, NIKHIL WAHI, and SAMEER RAMANI,<br><br>Defendants. | Civil Action No.  2:22-cv-1009<br><br>CLERK'S ENTRY OF DEFAULT AS TO DEFENDANT SAMEER RAMANI |

I, RAVI SUBRAMANIAN, Clerk of the United States District Court for the Western District of Washington, do hereby certify that this action was commenced on July 21, 2022, with the filing of a complaint, and that an amended complaint was filed on December 22, 2022; copies of the Summons and Amended Complaint were served on Defendant Sameer Ramani on May 26, 2023, and proof of service was filed on June 6, 2023 (Dkt. No. 112).  I further certify that the docket entries indicate that Defendant Sameer Ramani has not filed an answer or otherwise moved with respect to the Amended Complaint herein.  The default of Defendant Sameer Ramani is hereby entered.

Dated this 26th day of October, 2023.

RAVI SUBRAMANIAN

Clerk of Court


By:  s/ Kadya Peter          Deputy Clerk

- 1 -

Default as to Defendant Sameer Ramani
SEC v. Wahi, et al.
Case No. 22-cv-01009

Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Telephone: (202) 551-6864