JUDGE TANA LIN

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ISHAN WAHI, NIKHIL WAHI, and SAMEER RAMANI,<br><br>　　　　　　　Defendants. | Civil Action No.  2:22-cv-1009<br><br>MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION FOR ENTRY OF DEFAULT JUDGMENT<br><br>NOTE ON MOTION CALENDAR: JANUARY 16, 2024 |

Pursuant to Local Rule 7(f), Plaintiff Securities and Exchange Commission ("SEC") respectfully requests leave to file a Motion for Entry of Default Judgment as to Sameer Ramani ("Motion") that exceeds the word and page limits set by Local Rule 7(e)(1).  The SEC's forthcoming Motion will need to address at least two space-intensive topics.  First, the SEC will have to establish that the factors set out in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986)) entitle it to a default judgment.  Two of those seven factors require the SEC to show that it has established the elements of insider trading and that the relevant crypto assets are securities under *SEC v. W.J. Howey Co.*, 328 U.S. 293, 299 (1946), both of which require detailed multi-pronged analyses.  Second, the SEC's Motion will address the bases for its requests for relief, including injunctions, disgorgement, and civil penalties, which will also occupy a significant number of pages.

The SEC therefore respectfully requests that it be permitted to file a Motion of no more than 35 pages.

Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549<br>Telephone: (202) 551-6864

JUDGE TANA LIN

1

2          Respectfully submitted,

3          */s/ Peter Lallas*

4          Daniel Maher
           Peter Lallas
5          (Conditionally Admitted Under LR 83.1)
           Securities and Exchange Commission
6          100 F Street N.E.
           Washington, DC 20549
7          (202) 551-4737 (Maher)
           (202) 551-6864 (Lallas)
8          maherd@sec.gov
           lallasp@sec.gov
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Motion for Leave to File Over-Length Motion for Entry of Default Judgment        Securities and Exchange Commission
SEC v. Wahi, et al.                                                                100 F Street NE
Case No. 22-cv-01009                                                               Washington, DC 20549
                                                                                   Telephone: (202) 551-6864