UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ISHAN WAHI, NIKHIL WAHI, and SAMEER RAMANI,<br><br>Defendants. | Civil Action No. 2:22-cv-1009<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION FOR ENTRY OF DEFAULT JUDGMENT |

This Court, having considered Plaintiff Securities and Exchange Commission's Motion for Leave to File Over-Length Motion for Entry of Default Judgment, and the entire record herein,

IT IS HEREBY ORDERED that Plaintiff shall be permitted to file a Motion for Entry of Default Judgment as to Sameer Ramani of no more than 35 pages.

SO ORDERED.

_____
Tana Lin
United States District Judge

- 1 -

[Proposed] Order Granting Motion for Leave to File Over-Length Motion for Entry of Default Judgment
SEC v. Wahi, et al.
Case No. 22-cv-01009

Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Telephone: (202) 551-6864