UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                  Plaintiff,<br>    v.<br><br>ISHAN WAHI et al,<br><br>                  Defendants. | CASE NO. 2:22-cv-01009-TL<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION FOR ENTRY OF DEFAULT JUDGMENT |

This matter comes before the Court on Plaintiff Securities and Exchange Commission's Motion for Leave to File Over-Length Motion for Entry of Default Judgment. Dkt. No. 116. Having considered the motion, the Court GRANTS leave for Plaintiff to file a Motion for Entry of Default Judgment as to Sameer Ramani of **no more than thirty-five (35) pages**.

IT IS SO ORDERED.

Dated this 16th day of January 2024.

Tana Lin
United States District Judge