# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                            Plaintiff,<br>   v.<br><br>ISHAN WAHI et al,<br><br>                            Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:22-cv-01009-TL |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's Motion for Default Judgment against Defendant Ramani (Dkt. No. 118) is GRANTED IN PART and DENIED IN PART.

1.     Judgment is ENTERED as to all claims against Defendant Ramani.

2.     Defendant Ramini, his officers, agents, servants, employees, attorneys, and other persons in active concert or participation with Defendant or with anyone described in herein who receive actual notice of the Court's Order and/or this Judgment are PERMANENTLY ENJOINED from committing any further violations, directly or indirectly, by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:
        a.    to employ any device, scheme, or artifice to defraud;
        b.    to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or
        c.    to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

3.  Plaintiff is AWARDED a total of $2,452,806 in monetary damages, which includes:
    a.  disgorgement of $817,602 in ill-gotten gains resulting from Defendant Ramani's alleged conduct, and
    b.  civil penalties in the amount of $1,635,204.

Dated March 1, 2024.

                                              Ravi Subramanian
                                              Clerk of Court

                                              s/Kadya Peter
                                              Deputy Clerk